BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director, Consumer Protection Branch
RACHAEL L. DOUD
Assistant Director
DANIEL K. CRANE-HIRSCH (MA Bar No. 643302; NY Bar No. 4151015)
Senior Trial Attorney
MATTHEW A. ROBINSON (DC Bar No. 1780280)
ZACHARY A. DIETERT (DC Bar No. 1003784)
Trial Attorneys
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20044-0386
Telephone:   (202) 305-4342 (Robinson)
             (202) 616-9027 (Dietert)
             (202) 646-8242 (Crane-Hirsch)

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STRATICS NETWORKS INC., A CORPORATION, *et al.*<br><br>Defendants. | Case No.: 3:23-CV-00313-BAS-KSC<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF** |
|---|---|

Plaintiff United States of America and Defendants Netlatitude, Inc., and Kurt Hannigan, by their respective attorneys*, move this court to enter the accompanying proposed Stipulated Order for Permanent Injunction, Monetary Judgment,

1

and Other Relief ("Order"). Entry of the Order will fully and finally resolve this litigation between plaintiff and Defendants Netlatitude, Inc., and Kurt Hannigan. A copy of the proposed Order will be submitted to the Court by email, pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual.

Dated: May 31, 2023

Respectfully submitted,

**FOR PLAINTIFF
THE UNITED STATES OF AMERICA:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director, Consumer Protection Branch

RACHAEL L. DOUD
Assistant Director

DANIEL K. CRANE-HIRSCH
Senior Trial Attorney

  *s/ Matthew A. Robinson*
MATTHEW A. ROBINSON
ZACHARY A. DIETERT
Trial Attorneys

Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20044-0386
Tel.:   (202) 305-4342 (Robinson)
        (202) 616-9027 (Dietert)
        (202) 646-8242 (Crane-Hirsch)
Fax:   (202) 514-8742
Email: Matthew.A.Robinson@usdoj.gov
       Zachary.A.Dietert@usdoj.gov
       Daniel.Crane-Hirsch@usdoj.gov

DATED: May 31, 2023             __s/ Robby H. Birnbaum_____

                                          ROBBY H. BIRNBAUM*
                                          FRANKLIN S. HOMER*
                                          Greenspoon Marder LLP
                                          2255 Glades Road, Suite 400E
                                          Boca Raton, FL 33431
                                          Tel:    (954) 343-6959 (Birnbaum)
                                                           (954) 267-8028 (Homer)
                                          Email: Robby.Birnbaum@gmlaw.com
                                                          Franklin.Homer@gmlaw.com

Attorneys for Defendants Netlatitude, Inc. and Kurt Hannigan
***Not entering an appearance*** because not presently admitted to practice in this Court and solely signing to consent to the entry of the Stipulated Order

     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendants and that I have obtained authorization from Robby H. Birnbaum to affix his electronic signature to this document.

     DATED:  May 31, 2023

                                                    _ _s/ Matthew A. Robinson____

                                                    MATTHEW A. ROBINSON
                                                    Trial Attorney