# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cv-0313-BAS-KSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR UNIFIED SCHEDULE ON PENDING MOTIONS TO DISMISS (ECF No. 53)** |
| STRATICS NETWORKS INC., *et al.*, | |
| Defendants. | |

Pending before the Court is the parties' joint motion for a unified briefing schedule on the three Motions to Dismiss currently pending in this action (ECF Nos. 42, 45, 50). Finding good cause, the Court **GRANTS** the Parties' request (ECF No. 53). Accordingly, the Court orders the following briefing schedule:

(1) On or before Wednesday, August 23, 2023, Plaintiff shall submit its opposition to the three Motions to Dismiss, which shall be limited to one combined brief of up to 75 pages.

(2) On or before Wednesday, September 27, 2023, Defendants shall submit any reply briefs in support of their respective Motions to Dismiss.

**IT IS SO ORDERED.**

**DATED: July 18, 2023**

Hon. Cynthia Bashant
United States District Judge