|   |   |   |
|---|---|---|
|   | UNITED STATES DISTRICT COURT | |
|   | SOUTHERN DISTRICT OF CALIFORNIA | |

| UNITED STATES OF AMERICA, | Case No.: 23-cv-313-BAS-KSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| STRATIC NETWORKS, INC. et al., | |
| Defendants. | |

On April 4, 2025, the Court held an on-the-record Discovery Conference, after plaintiff, the United States of America, and defendants Atlas Investment Ventures LLC, Tek Ventures, LLC, Eric Peterson, Todd DiRoberto, and Atlas Marketing Partners, Inc. (collectively referred to as the "Atlas defendants") lodged discovery letters and exhibits, Doc. Nos. 145, 147-49. Counsel for plaintiff, Atlas defendants and ACE Business Solutions, LLC ("ACE") and Sandra Barnes ("Barnes") (jointly referred as the "ACE defendants") participated.

**Atlas Defendants' Request to Compel Sharon Davenport Deposition (Doc No. 147)**

As discussed during the Discovery Conference, the Atlas defendants have not shown they seek relevant and nonprivileged information from Ms. Davenport that is crucial to the preparation of their case and cannot be obtained through means. *See e.g. Cookie Dep't Inc.*

*v. Hershey Co.*, No. 20-cv-9324-KAW, 2022 WL 2232223, at *1 (N.D. Cal., June 17, 2022); *Creighton v. Allstate Northbrook Indemnity Co.*, No. 20-cv-243-TWR-KSC, 2021 WL 698203, at *2 (S.D. Cal., Jan. 25, 2021). The Court, however, will consider further briefing. Accordingly, Atlas defendants may file a motion to compel Ms. Davenport's deposition no later than **April 11, 2025**. Plaintiff's opposition must be filed no later than **April 18, 2025**. Briefs are limited to ten pages.

### Plaintiff's Deposition of Pamela Adams (Doc. No. 148)

The Fed. R. Civ. P. 30(d)(1) "one day of seven hours" time limit applies to Ms. Adams' deposition. Counsel shall endeavor to conduct the deposition efficiently and with minimal interruption.

### The Atlas Defendants' Interrogatory Reponses (Doc. No. 149)

The Atlas defendants' responses incorporating deposition testimony and documents by reference do not satisfy Fed. R. Civ. P. 33(d)(1). The Atlas defendants must, therefore, produce amended responses no later than **April 18, 2025**. Any response that invokes Rule 33(d)(1) must "specify[] the records . . . in sufficient detail to enable [plaintiff] to locate and identify them as readily as [the Atlas defendants] could." Fed. R. Civ. P. 33(d)(1); see also Doc. No. 113 at 2.

**IT IS SO ORDERED**

Dated: April 4, 2025

Hon. Karen S. Crawford
United States Magistrate Judge