UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STRATIC NETWORKS, INC. et al.,<br><br>Defendants. | Case No.: 23-cv-313-BAS-KSC<br><br>**ORDER GRANTING IN PART JOINT MOTION TO PERMIT DISCOVERY AFTER THE CLOSE OF DISCOVERY  [DOC. NO. 165]** |

The parties have filed a Joint Motion requesting leave for "defendants to take discovery of any of the 42 consumers identified in Section I(5) of plaintiff's [April 25, 2025 served] Amended Initial Disclosures who provide testimony or submit declarations, affidavits, or other documents in support of plaintiff's claims, if any, after the May 9, 2025 close of fact discovery." Doc. No. 165 at 2[1]. The parties propose "discovery . . . be reopened for a period of thirty days from the date that plaintiff first discloses or serves any testimony, declarations, affidavits, or other documents obtained from such consumers, if any, for the limited purpose of the [defendants] to seek discovery from or related to these individuals." *Id.* at 3. The parties do not propose plaintiff be subject to any deadline to produce said

---

[1] When referencing page numbers for documents filed with the Court, the Court's citation refers to the page numbers assigned by the Court's CM-ECF system.

1

23-cv-313-BAS-KSC

evidence, other than plaintiff's offer to "not submit any declarations of affidavits with its summary judgment motion from any of these 42 consumers unless it has disclosed to defendants testimony, a declaration, or an affidavit from that consumer at least 30 days prior to plaintiff's filing of the summary judgment motion." *Id.* at 4.

The Court will not grant an open-ended extension of the fact discovery deadline. Plaintiff must disclose to defendants any testimony, declarations, affidavits, or other documents obtained from the 42 identified consumers that it may use with its summary judgment motion no later than **June 20, 2025**. Defendants must complete discovery from or related to these individuals no later than **July 21, 2025**.

Plaintiff must disclose to defendants any testimony, declarations, affidavits, or other documents obtained from the 42 identified consumers that it may use at trial, but did not use with its summary judgment motion, no later than **thirty (30) days before the Fed. R. Civ. P. 26(a)(3) pretrial disclosure deadline**.[2] Defendants must complete discovery from or related to these individuals no later than **30 days from plaintiff's disclosure**, if any.

Based on the foregoing, the Joint Motion is GRANTED IN PART.

**IT IS SO ORDERED**

Dated: May 19, 2025

Hon. Karen S. Crawford
United States Magistrate Judge

---

[2] The Fed. R. Civ. P. 26(a)(3) pretrial disclosure deadline is currently December 1, 2025. Doc. No. 129 at 4.