**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STRATICS NETWORKS INC, *et al.*,<br><br>Defendants. | Case No. 23-cv-00313-BAS-KSC<br><br>**ORDER VACATING AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS (ECF No. 129)** |

Pending resolution of Parties' motions for summary judgment (ECF Nos. 197, 199, 200, 201, 204, 209, 213), the Court hereby **VACATES** any remaining pretrial and trial deadlines set by the Court on January 22, 2025 (ECF No. 129 ¶¶ 11–18). The Court will reset these items after it resolves Parties' pending motions.

**IT IS SO ORDERED.**

**DATED: December 30, 2025**

Hon. Cynthia Bashant, Chief Judge
United States District Court