**STEPTOE LLP**
Daniel S. Blynn (admitted *pro hac vice*)
*dblynn@steptoe.com*
Eric S. Berman (admitted *pro hac vice*)
*eberman@steptoe.com*
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000; Fax: (202) 429-3902

Elyse D. Echtman (admitted *pro hac vice*)
*eechtman@steptoe.com*
Andrew G. Saba (admitted *pro hac vice*)
*asaba@steptoe.com*
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 378-7551

Attorneys for Defendants
ACE BUSINESS SOLUTIONS LLC
AND SANDRA BARNES

[Additional Counsel Listed on Last Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STRATICS NETWORKS INC., *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00313-BAS-GC<br><br>**DEFENDANTS ACE BUSINESS SOLUTIONS, LLC AND SANDRA BARNES' PRETRIAL DISCLOSURES**<br><br>Judge: Hon. Cynthia Bashant<br><br>Pretrial Conference: November 20, 2026 |

Defendants Ace Business Solutions, LLC (“Ace”) and Sandra Barnes (together, “Ace Defendants”) hereby make the following pretrial disclosures under Federal Rule of Civil Procedure 26(a)(3):

**A. WITNESSES**

At this time, the Ace Defendants identify the witnesses below for trial. The Ace Defendants reserve their right to (1) supplement or further amend this list in advance of trial; (2) call additional witnesses not listed below for purposes of impeachment or rebuttal; and (3) call the witnesses identified by Plaintiff.

| Name | Contact Information | Status |
|---|---|---|
| Sandra Barnes | Via counsel. | Expect to call. |
| Amanda Barnes | Via counsel. | Expect to call. |
| Eric Petersen | Eric Petersen<br>PO Box 274<br>Rancho Santa Fe, CA 92067<br>eric@atlasmp.com<br>(619) 300-4626 | May call. |
| Todd DiRoberto | Todd DiRoberto<br>1325 Pacific Hwy Unit 3501<br>San Diego, CA 92101<br>todd@atlasmp.com<br>(858) 754-7723 | May call. |
| Pamela Adams | Pamela Adams<br>3550 Camino Del Rio North, Suite 208<br>San Diego, CA 92108 | May call. |

**B. DEPOSITION DESIGNATIONS**

The Ace Defendants' deposition designations that they may use at trial are attached as **Exhibit A**.

The Ace Defendants reserve the right to modify or provide a subset of the designations depending on the parties' discussions of the issues, the evidence that comes in through live witnesses, any alterations in the designated trial witness lists, and the Court's ruling on motions and evidentiary issues. Additionally, the Ace Defendants reserve the right to add designations for any depositions in this case hereafter, to add designations for any deposition designated by Plaintiff, to use testimony designated by Plaintiff, to rebut Plaintiff's designations, or to designate deposition excerpts to provide necessary context and clarity. Finally, should a live "will call" witness become unavailable, the Ace Defendants reserve the right to designate portions of that witness's deposition transcript for use at trial.

### C. EXHIBITS

Defendants' list of exhibits that the Ace Defendants expect to offer at trial or may offer at trial is attached hereto as **Exhibit B**. The Ace Defendants reserve the following rights, to:

- Submit and refer to any pleading or item of correspondence as needed;
- Introduce any exhibit identified or relied on by Plaintiff at trial or on its trial exhibit list;
- Use demonstrative exhibits;
- Identify as trial exhibits any exhibits marked during the depositions of any witness and/or submitted with any of the parties' motions for summary judgment;
- Use orders from the Court; and
- Use any exhibit in accordance with the Federal Rules of Evidence, the Local Rules, and/or as permitted by the Court.

The Ace Defendants further reserve the right to supplement or further amend this exhibit list in advance of trial and add any additional exhibits not indicated below for purposes of impeachment or rebuttal. Finally, the Ace Defendants reserve the right to meet and confer with Plaintiff to narrow the issues and facts in dispute, which could result in the removal of certain exhibits from the Ace Defendants' exhibit list.

Dated: October 16, 2026

**STEPTOE LLP**

By: /s/ *Daniel S. Blynn*
Daniel S. Blynn (admitted *pro hac vice*)
Eric S. Berman (admitted *pro hac vice*)
Elyse D. Echtman (admitted *pro hac vice*)
Andrew G. Saba (admitted *pro hac vice*)

**SCHNEIDER & BRANCH**

By: /s/ *Michael L. Branch*
Michael L. Branch
mlb@schneiderbranchlaw.com
225 Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 233-5500

*Attorneys for Defendants*
*ACE BUSINESS SOLUTIONS, LLC*
*and SANDRA BARNES*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Daniel S. Blynn*
Daniel S. Blynn

# Exhibit A

## Ace Defendants' Deposition Designations

| Deponent | Page(s):Line(s) |
|---|---|
| | |
| **Eric Petersen, serving as the Atlas Defendants' Fed. R. Civ. P. 30(b)(6) Witness (May 7, 2025 deposition)** | 11:6-16 |
| | 14:7-15 |
| | 75:4-10 |
| | 75:13-15 |
| | 76:3-6 |
| | 76:9 |
| | 76:21-22 |
| | 76:25-77:12 |
| | 77:14-15 |
| | 77:17-19 |
| | 77:21-23 |
| | 78:2 |
| | 78:5-6 |
| | 78:10-15 |
| | 79:20-22 |
| | 79:25-80:13 |
| | 81:15-19 |
| | 81:21-24 |
| | 82:2-3 |
| | 82:5-8 |
| | 82:10-12 |
| | 82:17-23 |
| | 83:5-16 |
| | 83:18 |
| | 83:20-21 |
| | 83:23-25 |
| | 84:2-5 |
| | 84:13 |
| | 84:15-20 |
| | 102:2-3 |
| | 102:6-8 |
| | 120:19-25 |
| | 121:9-19 |
| | 121:21-22 |
| | 190:20-23 |
| | |
| **Eric Petersen, in his individual capacity (May 6, 2025 deposition)** | 9:13-21 |
| | 11:7-9 |
| | 42:5-12 |
| | 43:4-8 |

| Deponent | Page(s):Line(s) |
|---|---|
| | 43:10-15 |
| | 43:23-44:1 |
| | 44:3-6 |
| | 44:8-10 |
| | 61:11-20 |
| | 85:17-18 |
| | 85:21-22 |
| | 85:24-25 |
| | 86:16-21 |
| | 87:8-9 |
| | 87:12-13 |
| | 110:17-23 |
| | 110:25-111:5 |
| | 111:7-10 |
| | 111:20-21 |
| | 111:24-112:19 |
| | 112:23-24 |
| | 113:2-5 |
| | 114:4-5 |
| | 114:7-11 |
| | 116:22-23 |
| | 117:1-6 |
| | 117:8-9 |
| | 117:11-13 |
| | 119:13-16 |
| | 119:18 |
| | 119:20-21 |
| | 119:23-120:1 |
| | 120:3-10 |
| | 120:12-17 |
| | 120:19-121:6 |
| | 124:21-125:8 |
| | 125:20-21 |
| | 125:23 |
| | 126:1 |
| | 171:15-21 |
| | 171:23-25 |
| | 172:2-6 |
| | 172:8-10 |
| | 172:12-13 |
| | 173:19-174:4 |
| | 176:2-20 |
| | 176:22-177:2 |
| | 187:13-15 |
| | 187:17-188:6 |
| | 188:9-18 |

| Deponent | Page(s):Line(s) |
|---|---|
| | 199:18-19 |
| | 199:21 |
| | 199:23 |
| | 199:25 |
| | 200:2-10 |
| | 203:3-6 |
| | 203:9-12 |
| | 203:14-16 |
| | 203:19 |
| | 203:21-204:7 |
| | 214:17-18 |
| | 214:20 |
| | 233:7-8 |
| | 233:11-15 |
| | 233:17-23 |
| | 247:5-248:1 |
| | 252:4-11 |
| | 252:13 |
| | 252:15-18 |
| | 253:22-254:8 |
| | 267:2 |
| | 267:4-9 |
| | 267:11-12 |
| | 267:15-16 |
| | 267:18-268:1 |
| | 268:4 |
| | 268:6-7 |
| | 268:1012 |
| | 268:14-16 |
| | 268:18 |
| | |
| **Pamela Adams (April 12, 2025 deposition)** | 16:7-17 |
| | 29:3-30:5 |
| | 50:21 |
| | 50:24-51:4 |
| | 70:9 |
| | 70:13-16 |
| | 70:22-24 |
| | 73:12-13 |
| | 73:17 |
| | 74:13 |
| | 74:16 |
| | 74:18-21 |
| | 74:25 |
| | 75:2-4 |
| | 75:15-16 |

| Deponent | Page(s):Line(s) |
|---|---|
| | 75:19 |
| | 75:21 |
| | 75:24-76:1 |
| | 78:4-5 |
| | 78:8 |
| | 78:10-15 |
| | 78:18 |
| | 79:1-3 |
| | 217:12-24 |
| | 218:25-219:3 |
| | |
| **Todd DiRoberto (May 9, 2025 deposition)** | 9:2-5 |
| | 11:9-14 |
| | 47:23-48:4 |
| | 48:8-10 |
| | 184:5-8 |
| | 184:10-19 |
| | 184:21-185:8 |
| | 244:15-21 |
| | 248:5-14 |
| | 248:20-21 |
| | 248:23-25 |
| | 250:11-20 |
| | 252:19-23 |

# Exhibit B

## Ace Defendants' Exhibit List

| Ace Ex. No. | Begin Bates | End Bates | Document Description | Expect v. May Offer |
|---|---|---|---|---|
| 1 | ACE & BARNES-0161051 | ACE & BARNES-0161053 | Jun. 25, 2018 Email | May |
| 2 | ACE & BARNES-0167140 | ACE & BARNES-0167142 | Aug. 8, 2018 Email | May |
| 3 | ACE & BARNES-0174937 | ACE & BARNES-0174937 | Nov. 13, 2018 Email | May |
| 4 | ACE & BARNES-0170026 | ACE & BARNES-0170026 | Dec. 3, 2018 Email | May |
| 5 | ACE & BARNES-0271076 | ACE & BARNES-0271076 | Dec. 14, 2018 Email | May |
| 6 | ACE & BARNES-0171708 | ACE & BARNES-0171709 | May 1, 2019 Email | May |
| 7 | ACE & BARNES-0167637 | ACE & BARNES-0167637 | May 14, 2019 Email | May |
| 8 | ACE & BARNES-0265582 | ACE & BARNES-0265583 | Nov. 19, 2019 Email | May |
| 9 | ACE & BARNES-0000596 | ACE & BARNES-0000597 | Dec. 20, 2019 E. Petersen Declaration | May |
| 10 | ACE & BARNES-0246480 | ACE & BARNES-0246486 | Jan. 15, 2020 Email | May |
| 11 | ACE & BARNES-0224823 | ACE & BARNES-0224829 | Jan. 15, 2020 Email | May |
| 12 | ACE & BARNES-0161805 | ACE & BARNES-0161807 | Jan. 31, 2020 Email | Expect |
| 13 | ACE & BARNES-0158919 | ACE & BARNES-0158920 | July 8, 2022 Email | May |
| 14 | ACE & BARNES-0000464 | ACE & BARNES-0000482 | Dec. 19, 2022 Barnes Declaration | May |
| 15 | ACE & BARNES-0159232 | ACE & BARNES-0159234 | Mar. 10, 2023 Email | May |
| 16 | ACE & BARNES-0159234 | ACE & BARNES-0159234 | Spreadsheet Attachment | May |
| 17 | ACE & BARNES-0195987 | ACE & BARNES-0195992 | Mar. 10, 2023 Email | May |
| 18 | ACE & BARNES-0261428 | ACE & BARNES-0261433 | Mar. 10, 2023 Email | May |
| 19 | ACE & BARNES-0211222 | ACE & BARNES-0211223 | Apr. 9, 2024 Email | May |
| 20 | | | Dec. 20, 2024 Plaintiff's Amended | Expect |

| **Ace Ex. No.** | **Begin Bates** | **End Bates** | **Document Description** | **Expect v. May Offer** |
|---|---|---|---|---|
| | | | R&Os to Ace's First Set of RFAs, Nos. 11-12 | |
| 21 | | | May 5, 2025 E. Petersen Declaration In Support of Ace Motion for Special Master (Case No. A-23-872847-B) | May |
| 22 | | | June 5, 2025 Minute Order Granting S. Barnes' Mtn re: Continued Management of Provident Funds (Case No. A-23-872847-B) | May |
| 23 | | | Jul. 23, 2025 Order Approving Plaintiff's Continued Management of Funds (Case No. A-23-872847-B) | May |
| 24 | | | Aug. 21, 2026, "Debt Collection FAQs" from "Consumer Advice" | May |
| 25 | | | Aug. 21, 2026, "Complying with the Telemarketing Sales Rule" | May |
| 26 | | | Transcription of QC call with Sandra McInvale | May |
| 27 | ACE & BARNES-0000129 | ACE & BARNES-0000141 | Services Agreement for Provident | Expect |
| 28 | ACE & BARNES-0000001 | ACE & BARNES-0000016 | Provident Document Preparation and Arbitration Support Agreement | Expect |
| 29 | ACE & BARNES-0000598 | ACE & BARNES-0000601 | Provident QC Call Script | Expect |
| 30 | ACE & BARNES-0159627 | ACE & BARNES-0159631 | Pro Forma DVL | May |

| Ace Ex. No. | Begin Bates | End Bates | Document Description | Expect v. May Offer |
|---|---|---|---|---|
| 31 | ACE & BARNES-0000551 | ACE & BARNES-0000552 | Flowchart of Debt Validation Process | May |
| 32 | ACE & BARNES-0699284 | ACE & BARNES-0699304 | Set of 16 Ace Binder Documents | Expect |
| 33 | ACE & BARNES-0159587 | Compilation | Provident daily slip sheets dated June 25, 2018 through Apr. 13, 2021 | May |
| 34 | ACE & BARNES-0150357 | ACE & BARNES-0150357 | Aug. 9, 2019 Email | May |
| 35 | ACE & BARNES-0000462 | ACE & BARNES-0000462 | Excel Worksheet | May |
| 36 | ACE & BARNES-0000437 | ACE & BARNES-0000437 | QC call recording | May |
| 37 | ACE & BARNES-0698963 | ACE & BARNES-0698963 | QC call recording | May |
| 38 | ACE & BARNES-0698975 | ACE & BARNES-0698975 | QC call recording | May |
| 39 | ACE & BARNES-0698978 | ACE & BARNES-0698978 | QC call recording | May |
| 40 | ACE & BARNES-0698992 | ACE & BARNES-0698992 | QC call recording | May |
| 41 | ACE & BARNES-0698997 | ACE & BARNES-0698997 | QC call recording | May |
| 42 | ACE & BARNES-0699001 | ACE & BARNES-0699001 | QC call recording | May |
| 43 | ACE & BARNES-0699003 | ACE & BARNES-0699003 | QC call recording | May |
| 44 | ACE & BARNES-0699018 | ACE & BARNES-0699018 | QC call recording | May |
| 45 | ACE & BARNES-0699032 | ACE & BARNES-0699032 | QC call recording | May |
| 46 | ACE & BARNES-0699034 | ACE & BARNES-0699034 | QC call recording | May |
| 47 | ACE & BARNES-0699041 | ACE & BARNES-0699041 | QC call recording | May |
| 48 | ACE & BARNES-0699042 | ACE & BARNES-0699042 | QC call recording | May |
| 49 | ACE & BARNES-0699066 | ACE & BARNES-0699066 | QC call recording | May |
| 50 | ACE & BARNES-0699074 | ACE & BARNES-0699074 | QC call recording | May |
| 51 | ACE & BARNES-0699087 | ACE & BARNES-0699087 | QC call recording | May |

| Ace Ex. No. | Begin Bates | End Bates | Document Description | Expect v. May Offer |
|---|---|---|---|---|
| 52 | ACE & BARNES-0699093 | ACE & BARNES-0699093 | QC call recording | May |
| 53 | ACE & BARNES-0699108 | ACE & BARNES-0699108 | QC call recording | May |
| 54 | ACE & BARNES-0699141 | ACE & BARNES-0699141 | QC call recording | May |
| 55 | ACE & BARNES-0699151 | ACE & BARNES-0699151 | QC call recording | May |
| 56 | ACE & BARNES-0699219 | ACE & BARNES-0699219 | QC call recording | May |
| 57 | ACE & BARNES-0699241 | ACE & BARNES-0699241 | QC call recording | May |
| 58 | ACE & BARNES-0698934 | ACE & BARNES-0698934 | QC call recording | May |
| 59 | ACE & BARNES-0698939 | ACE & BARNES-0698939 | QC call recording | May |
| 60 | ACE & BARNES-0698942 | ACE & BARNES-0698942 | QC call recording | May |
| 61 | ACE & BARNES-0698970 | ACE & BARNES-0698970 | QC call recording | May |
| 62 | ACE & BARNES-0698977 | ACE & BARNES-0698977 | QC call recording | May |