BRETT A. SHUMATE, Assistant Attorney General
CODY M. POPLIN, Deputy Assistant Attorney General
HILARY K. PERKINS, Director, Enforcement & Affirmative Litigation Branch
LISA K. HSIAO, Deputy Director, Enforcement Section
ZACHARY A. DIETERT, Assistant Director
MARCUS P. SMITH, Assistant Director
DANIEL J. PETROKAS
PAULINA A. STAMATELOS
TARA C. TIANTIAN
Trial Attorneys
U.S. Department of Justice
Civil Division
Enforcement and Affirmative Litigation Branch
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20530
Telephone: (202) 353-7744 (Stamatelos)
E-mail: Pauline.A.Stamatelos@usdoj.gov
E-mail: Daniel.J.Petrokas@usdoj.gov
E-mail: Tara.C.Tiantian@usdoj.gov

*Attorneys for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
Plaintiff,
v.

**STRATICS NETWORKS, INC.,** a corporation, *et al.*,

Defendants.

Case No.: 3:23-cv-313 (BAS) (GC)

UNITED STATES OF AMERICA'S RULE 26(a)(3) DISCLOSURES

CTRM: 12B
JUDGE: Hon. Cynthia A. Bashant

Plaintiff United States of America ("the United States") submits the following Pretrial Disclosure pursuant to Fed. R. Civ. Proc. 26(a)(3).

## I. WITNESSES:

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), and the Court's August 6, 2026, order, the United States discloses "[t]he name and, if not previously provided, the address and telephone number of each witness" the government presently expects to or may call at trial. *See* Fed. R. Civ. P. 26(a)(3)(A)(i); ECF No. 289.

### A. The United States expects to call the following witnesses:

1. Todd DiRoberto: Defendant Todd DiRoberto proceeds *pro se* and resides at 1199 Pacific Highway #2204, San Diego, CA 92101.

2. Eric Petersen: Defendant Eric Petersen proceeds *pro se* and can be reached at P.O. Box 274, Rancho Santa Fe, CA 92067.

3. Nathan Bachert: Nathan Bachert was previously employed by defendants Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, as a sales manager. Mr. Bachert can be reached at 4422 Cannington Drive San Diego, CA 92117.

4. Kenan Azzeh: Kenan Azzeh previously provided Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, marketing services and resides at 7131 Sitio Caliente, Carlsbad, CA 92009, 760-519-9385.

5. Sandra Barnes: Defendant Sandra Barnes is the owner and founder of Defendant Ace Business Solutions LLC and can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

6. Amanda Barnes: Amanda Barnes is Defendant Ace Business Solutions LLC's customer service manager. Ms. Barnes can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

7. Carl W. Barnes, Jr.: Carl W. Barnes, Jr. provides information technology services for Defendant Ace Business Solutions LLC. Mr. Barnes can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

8. Pamela Adams: Pamela Adams was previously employed by defendants Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, as an office manager. Ms. Adams can be contacted at 3178 Rio Madre Lane, Jamul, CA 91935-3229.

9. Stacy Brown: The United States previously provided all defendants Stacy Brown's name, address and telephone number in Plaintiff's Amended Initial Disclosures dated April 25, 2025.

10. Nancy Fève: The United States previously provided all defendants Nancy Fève's name, address and telephone number in Plaintiff's Amended Initial Disclosures dated April 25, 2025.

11. Nathanael Wassman: The United States previously provided all defendants Nathanael Wassman's name, address and telephone number in Plaintiff's Amended Initial Disclosures dated April 25, 2025.

12. Amanda Graf: Amanda Graf is an investigator with the United States Department of Justice's Civil Division. Ms. Graf can be contacted through Plaintiff's counsel.

**B. The United States may call the following witnesses:**

1. Irma Contreras: The United States previously provided all defendants Irma Contreras's name, address and telephone number in Plaintiff's Amended Initial Disclosures dated April 25, 2025.

2. Kathy Kaur: The United States previously provided all defendants Kathy Kaur's name, address and telephone number in Plaintiff's Amended Initial Disclosures dated April 25, 2025.

3. Any witnesses needed for impeachment or rebuttal.

4. Any witnesses needed to authenticate documents.

5. Any witnesses identified on other parties' witness lists.

* * *

The United States reserves the right to supplement or revise this witness list.

If any witness does not appear at trial, the United States reserves the right to use his or her deposition testimony in lieu of live testimony.

## II. DEPOSITION DESIGNATIONS

A list designating individuals' deposition testimony that the United States anticipates it may offer at trial is attached as Exhibit A hereto. The United States reserves the right to supplement or revise designated testimony.

## III. EXHIBITS

A list of all exhibits Plaintiff presently expects to offer or may offer at trial is attached as Exhibit B hereto.

The United States reserves its right to use any exhibits offered by defendants. The United States further reserves its right to supplement or revise its exhibit list.

DATED: October 16, 2026

Respectfully submitted,

/s/ *Daniel J. Petrokas*

DANIEL J. PETROKAS
(NY Bar No. 5779103)
Tel.: (202) 742-7090
Email: Daniel.J.Petrokas@usdoj.gov
*Attorney for Plaintiff United States of America*

## Certificate of Service

Pursuant to Fed. R. Civ. P. 5, L.R. 4.1(d), and L.R. 5.2, I hereby certify that on October 16, 2026, I caused Plaintiff's Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) to be served via the Court's ECF system on all parties represented by counsel in this action. I additionally caused copies to be served via email to the following parties who have consented to email service:

- Eric Petersen, PO Box 274, Rancho Santa Fe, CA 92067;
- Tek Ventures, LLC, 1660 Hotel Circle North, Suite 616, San Diego, California 92108;
- Atlas Marketing Partners, Inc., 1660 Hotel Circle North, Suite 620, San Diego, California 92108; and
- Atlas Investment Ventures, LLC, 1660 Hotel Circle North, Suite 620, San Diego, California 92108.

An additional copy will be served via email and overnight mail by the next business day (October 19 to: Todd DiRoberto, 1199 Pacific Highway #2204, San Diego, CA 92101.

/s/ *Daniel J. Petrokas*
DANIEL J. PETROKAS
(NY Bar No. 5779103)
Tel.: (202) 742-7090
Email: Daniel.J.Petrokas@usdoj.gov
*Attorney for Plaintiff United States of America*