# EXHIBIT A

| **Kenan Azzeh**<br>**April 29, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 9:8-12 |
| | 30:8-25 |
| | 32:4-7 |
| | 33:8-18 |
| | 33:21-25 |
| | 34:8-35:11 |
| | 35:24-36:13 |
| | 36:17-37:6 |
| | 37:20-38:21 |
| | 39:20-22 |
| | 40:1-15 |
| | 40:20-41:23 |
| | 42:10-43:1 |
| | 43:13-21 |
| | 44:14-25 |
| | 45:4-23 |
| | 48:13-20 |
| | 51:10-12 |
| | 52:4-7 |
| | 52:23-53:1 |
| | 53:6-12 |
| | 65:13-19 |
| | 66:17-21 |
| | 71:18-72:7 |

| | |
|---|---|
| | 73:19-74:8 |
| | 77:22-78:24 |
| | 79:8-11 |
| | 82:24-84:2 |
| | 84:9-84:20 |
| | 85:7 - 85:18 |
| | 85:19- 86:23 |
| | 88:12-89:25 |
| | 93:15-17 |
| | 94:4- 95:3 |
| | 96:15-97:8 |
| | 97:25-98:13 |
| **Amanda Barnes**<br>**March 25, 2025** | |
| | 9:3-11 |
| | 21:22-22:8 |
| | 23:24-24:4 |
| | 24:24-25:7 |
| | 26:3-7 |
| | 26:15-24 |
| | 29:10-18 |
| | 29:22-30:3 |
| | 32:7-36:22 |
| | 39:19-40:20 |
| | 41:3-12 |
| | 41:15-42:3 |

| | |
|---|---|
| | 42:12; 15-43:6 |
| | 43:9-44:2; 4 |
| | 44:5-45:5 |
| | 45:8-45:19 |
| | 46:2-9 |
| | 46:11-20 |
| | 47:3-18 |
| | 48:8-20 |
| | 49:20-51:12 |
| | 51:16-52:10 |
| | 52:17-53:3 |
| | 58:1-20 |
| | 64:4-6 |
| | 64:13-20 |
| | 65:8-12; 15-66:6 |
| | 66:25-67:8 |
| | 67:15-21 |
| | 68:1-69:2 |
| | 70:4-24 |
| | 71:10-22 |
| | 72:18-19 |
| | 72:22-73:14 |
| | 74:16-75:24 |
| | 76:1-77:10 |
| | 77:12-24 |
| | 78:3-79:9 |

| | |
|---|---|
| | 79:10-91:25 |
| | 88:2-22 |
| | 92:12-93:11 |
| | 93:13-94:15 |
| | 95:4–97:16 |
| | 97:21-99:7 |
| | 99:18-24 |
| | 100:2-102:1 |
| | 102:2; 5-10 |
| | 102:12-103:5 |
| | 103:11-105:4 |
| | 105:19-107:1 |
| | 107:9-15 |
| | 108:6-9 |
| | 108:13-110:2 |
| | 111:4-113:18 |
| | 114:10-115:3; 115:6-18 |
| | 116:9-118:18 |
| | 118:22-119:25 |
| | 120:5-123:5 |
| | 123:11-17 |
| | 123:20-125:3 |
| | 125:7-126:23 |
| | 127:6-9 |
| | 127:11-131:3 |

| | |
|---|---|
| | 133:25-134:3 |
| | 134:6-136:25 |
| | 137:4-12 |
| | 137:14-138:5 |
| | 138:10-139:16 |
| | 139:20-25 |
| | 140:2-20 |
| | 142:8-11; 13-19 |
| | 145:2-12 |
| | 145:16-148:24 |
| | 149:4-150:24 |
| | 153:4-8 |
| | 153:13-154:8 |
| | 155:6-8 |
| | 155:17-159:11 |
| | 159:12-13 |
| | 159:19-160:11 |
| | 161:8-162:2 |
| | 163:24-164:1 |
| | 164:5-165:12 |
| | 166:7-15 |
| | 168:8-169:10 |
| | 169:18-23 |
| | 170:23-172:14 |
| | 172:25-173:8 |
| | 174:17-179:11 |

| | |
|---|---|
| | 179:17-181:10 |
| | 181:19-182:16 |
| | 184:18-185:20 |
| | 188:3-189:4 |
| | 189:8-197:12 |
| | 197:22-199:4 |
| | 199:17-200:19 |
| | 202:3-5: 9-20 |
| | 204:13-20 |
| | 204:24-205:4 |
| | 205:6-22 |
| | 206:6-19 |
| | 207:2-10; 13-15 |
| | 208:12-211:6 |
| | 211:9-214:11 |
| | 214:21-215:9 |
| | 216:14-24 |
| | 218:1-4 |
| | 218:22-220:5 |
| | 220:9-21 |
| | 221:12-23 |
| | 222:3-8 |
| | 222:9-12; 14-17 |
| | 225:9–230:5 |
| | 230:8-233:6 |
| | 235:5-7 |

| | |
|---|---|
| | 235:10-236:2 |
| | 237:7-8; 10-19 |
| | 238:24-239:1; 4-6 |
| | 240:23-241:1 |
| | 241:5-11 |
| | 241:14-25 |
| | 243:7-10; 14-22 |
| | 244:9-15 |
| | 251:12-14; 18-19 |
| **Irma Contreras**<br>**July 18, 2025** | |
| | 4:25-5:2 |
| | 7:11-20 |
| | 8:8-11 |
| | 17:14-20 |
| | 23:19-25:3 |
| | 25:11-21 |
| | 25:25-36:16 |
| | 38:8-47:6 |
| | 57:14-60:14 |
| | 62:22-63:20 |
| **Nathanael K. Wassman**<br>**July 18, 2025** | |
| | 6:10-13 |
| | 9:11-12 |
| | 9:23-10:11 |

| | |
|---|---|
| | 10:11-16 |
| | 10:23-11:9 |
| | 13:15-21 |
| | 14:8-19 |
| | 18:7-20:14 |
| | 21:1-8 |
| | 21:20-22:7 |
| | 23:3-24:23 |
| | 25:3-32:1 |
| | 33:17-34:2 |
| | 41:14-44:10 |
| | |
| **Kathy Kaur**<br>**July 21, 2025** | |
| | 4:6-8 |
| | 6:21-24 |
| | 7:9-10 |
| | 7:24-9:24 |
| | 10:3-13:1 |
| | 15:9-11 |
| | 15:23-16:11 |
| | 16:18-25:6 |
| | 28:8-31:1 |
| | 32:8-17 |
| | 33:6-44:6 |
| | 44:25-54:1-6 |

| | |
|---|---|
| | 58:1- 59:15 |
| **Eric Petersen**<br>**May 6, 2025** | |
| | 9:18-21 |
| | 16:5-6 |
| | 16:21-24 |
| | 46: 22 – 51:13 |
| | 52:2 – 54:13 |
| | 56:1 – 62: 6 |
| | 70:2–71:11 |
| | 73:2-22 |
| | 74:1-25 |
| | 79:15-81:25 |
| | 83:–13–22 |
| | 118:7-20 |
| | 119:13-18 |
| | 189:4 - 192:11 |
| | 198:2 – 13 |
| | 218:21- 219:5 |
| | 230:2-18 |
| | 232:16- 233:23 |
| | 254:2-4 |
| | 256:6 – 257:8 |
| | 258:25– 264:22 |
| | 305:13- 316:21 |
| | 321:18- 326:12 |

| | |
|---|---|
| | 328: 1-333:5 |
| **Eric Petersen (Rule 30(b)(6))**<br>**May 7, 2025** | |
| | 14:7-15 |
| | 16:7–17:11 |
| | 18:2–16 |
| | 20:18–21 |
| | 30:20–25 |
| | 31:11–16; 18 |
| | 39:8–40:23 |
| | 45:19, 45:21–25 |
| | 46:2–5 |
| | 49:10–50:2 |
| | 66:7–14 |
| | 74:1–12 |
| | 75:13–15 |
| | 76:3–6; 9 |
| | 76:21–22 |
| | 76:25–77:23 |
| | 84:6-7; 10–11; 13; 15–20 |
| | 84:22–85:1 |
| | 85:4–18 |
| | 95:18–96:5 |
| | 97:15–22 |
| | 117:2–11 |

| | |
|---|---|
| | 121:9–122:10 |
| | 173:7–10 |
| | 190:2–18 |
| | 199:4–5, 8 |
| | 200:1- 205:10 |
| | 205:13–207:11 |
| | 208:14–209:15 |
| | 211:1–212:5 |
| | 214:9–215:6 |
| | 216:20–217:1 |
| | 217:22–219:6 |
| | 220:14–22 4:1 |
| | 250:3–11 |
| | 253:1-255:25 |
| | 276:1–18 |
| **Pamela Adams**<br>**April 12, 2025** | |
| | 16:15-17 |
| | 23:25-24:17 |
| | 28:4-30:13 |
| | 30:1-31:5 |
| | 31:9-21 |
| | 32:5-21 |
| | 34:22-35:9 |
| | 35:23-36:3 |
| | 37:10-14 |

| | |
|---|---|
| | 37:24-38:3 |
| | 38:5; 8-9; 11; 13 |
| | 39:6-10; 24 |
| | 40:2-3 |
| | 50:3-5 |
| | 51:12-52:6 |
| | 52:14-24 |
| | 53:5-14 |
| | 54:4-9 |
| | 56:5-10; 13-14; 17-18 |
| | 57:8-9; 13 |
| | 57:15-58:13 |
| | 58:25-59:1; 5-6; 8-9; 16-18; 20-21 |
| | 66:25-67:15 |
| | 69:7-70:7 |
| | 70:9-24 |
| | 74:13–75:19 |
| | 75:21-76:14 |
| | 77:16-18 |
| | 78:4-8 |
| | 78:10-15;18 |
| | 79:17-25 |
| | 81:1-82:9 |
| | 83:7-84:6 |
| | 84:14-87:15 |

| | |
|---|---|
| | 87:22-88:23 |
| | 89:8-25 |
| | 90:8-10; 14; 15; 18-21; 24 |
| | 91:4-17 |
| | 93:7-94:1 |
| | 94:4-21 |
| | 94:24-95:3; 7-12; 15-22; 25 |
| | 96:1; 3; 5-6; 8; 10-11 |
| | 96:13-21 |
| | 96:23-97:10 |
| | 99:20-24 |
| | 103:3-11; 14; 16; 19 |
| | 103:21-104:15; 18; 20-22 |
| | 104:23-106:4 |
| | 112:15-113:6 |
| | 116:15-25 |
| | 117:3; 6-8; 12-17; 20-21; 23-118:7 |
| | 118:12-14;19-23 |
| | 122:23-123:4; 8 |
| | 123:10-124:17 |
| | 126:2-15 |
| | 142:9-12 |

| | |
|---|---|
| | 145:9-21 |
| | 148:4-150:15 |
| | 150:16-151:1 |
| | 159:10-16 |
| | 161:10-162:4 |
| | 163:13-21; 25 |
| | 164:1-3; 5-16 |
| | 166:11-169:5 |
| | 169:18-172:7 |
| | 191:14-201:10 |
| | 202:4-13 |
| | 206:21-213:17 |
| | 213:25-215:9 |
| | 215:13-216:11 |
| | 216:15-224:4; 8 |
| | 225:19-24 |
| | 226:1-227:22 |
| | 228:1-11 |
| | 229:25; 230:2 |
| | 230:6-232:7 |
| | 234:8-24 |
| | 235:5-236:16 |
| | 237:14-16; 21-25 |
| | 238:4-241:5 |
| | 241:12-242:5; 7 |
| | 242:16-244:8 |

| | |
|---|---|
| | 252:16-253:18 |
| | 253:22-24 |
| | 254:1-6 |
| | 254:9-19 |
| | 254:22-255:2; 5-9 |
| | 257:10-258:8; 12 |
| | 260:5-17 |
| | 260:20-261:11 |
| **Nathan Bachert**<br>**May 8, 2025** | |
| | 12:4–14 |
| | 29:12–32:17 |
| | 36:15–16; 18 |
| | 36:23–37:3; 5 |
| | 37:7–8; 10; 12–15; 17–19 |
| | 37:21–38:1; 3 |
| | 38:17–24 |
| | 39:1; 3–4; 6; 8–9 |
| | 39:20–21; 23 |
| | 59:15–60:2 |
| | 60:10–21 |
| | 62:25–64:6 |
| | 64:16–19; 21–22 |
| | 64:23–65:7 |
| | 66:13–67:18 |

| | |
|---|---|
| | 69:15–25 |
| | 70:19–71:16; 18–20; 23 |
| | 71:25–72:1 |
| | 72:14–18 |
| | 76:2–8 |
| | 78:10–79:17 |
| | 80:23-81:10 |
| | 82:4–10 |
| | 83:2–7 |
| | 90:10-91:5; 7-10; 12-15; 17; 19; 21 |
| | 92:10-14; 16-23 |
| | 93:21; 24–25 |
| | 94:2–14; 16 |
| | 94:18–20; 22–23 |
| | 94:25–95:1 |
| | 95:3–4; 6; 10–19; 21 |
| | 95:23-25; 96:3 |
| | 113:10-114:25 |
| | 118:4–7; 9; 11–12 |
| | 125:21-23 |
| | 125:25-126:9 |
| | 130:10; 130:13-14; 131:1-11; 14-18; 20-24 |

| | |
|---|---|
| | 132:20-133:3 |
| | 138:7-9 |
| | 138:11-21 |
| | 161:10-12; 16-17; 19-23 |
| | 166:5–168:7 |
| | 168:11-19; 168:23; 169: 8-16 |
| | 177:9–178:5 |
| | 178:21–179:5 |
| | 194:13-196:7 |
| | 196:14-197:1 |
| | 199:21-201:5; 16-17; 19; 25; 202:2 |
| | 209:9–210:3 |
| | 213:24–215:4; 6; 8–11 |
| | 215:17; 19; 23-25 |
| | 216:1-3; 5 |
| | 216:7-218:13 |
| | 218:18-220:18 |
| | 223:2–224:9 |
| | 226:18–228:23 |
| | 232:9–233:12 |
| | 233:22-235:6 |
| | 243:6–17 |
| | 248:6–18 |

| | |
|---|---|
| | 248:20–249:19 |
| | 250:3–8 |
| | 255:14–256:10 |
| | 256:19–20 |
| | 257:7 |
| | 257:24–258:6 |
| | 261:13–14; 16 |
| | 262:19–263:22 |
| | 264:7-17 |
| | 266:2–20; 22 |
| | 282:6-284:22 |
| | 285: 3-292:14 |
| | 293:24–313:14 |
| | 319:6–322:10 |
| | 322: 21–325:22 |
| | 360:4–361:5 |
| | 363:2-6 |
| | 368: 1-23 |
| | 383:11–385:11 |
| | 386:2–16 |
| | 387:20–388:20 |
| | 389:25–391:17 |
| | 394:24–395:19 |
| | 401:14–24 |
| | 402:5–410:3 |
| | 424:22- 431:25 |

| | |
|---|---|
| | 432:8–433:21 |
| **Sandra Barnes (Rule 30(b)(6))**<br>**March 20, 2025** | |
| | 7:2-10 |
| | 11:2-19 |
| | 17:7-18:10 |
| | 18:15-19:4 |
| | 23:2-24:12 |
| | 24:16-25:14 |
| | 26:15-20 |
| | 27:17-34:14 |
| | 41: 7-42:12 |
| | 47:2- 5 |
| | 53: 2-12 |
| | 54:2- 55:18 |
| | 58:10-60:20 |
| | 60: 21- 61:14 |
| | 61:12-14 |
| | 63:7-69:6 |
| | 64:12-65:15 |
| | 66:1-67:5 |
| | 69:1-7 |
| | 69:10-70:14 |
| | 70:16-74:15 |
| | 75:5- 77:1 |

| | |
|---|---|
| | 78:13-80:13 |
| | 80:19-88:11 |
| | 89:4-93:14 |
| | 93:15- 93:17 |
| | 93:21-95:12 |
| | 96:20 – 97:16 |
| | 99:13-16 |
| | 100:6-14 |
| | 100:18-101:1 |
| | 101:7-102:8 |
| | 102:11-104:14;17-19 |
| | 105:3-9; 15-17 |
| | 111:22-112:14 |
| | 113:6-22 |
| | 114:3-13 |
| | 114:15-115:4 |
| | 115:8-13 |
| | 120:10-21 |
| | 121:3-6 |
| | 121:8-10 |
| | 123:5-17 |
| | 124:4-127:12 |
| | 127:18 – 129:15 |
| | 130:9-131:19 |
| | 133:221 |

| | |
|---|---|
| | 134:1-4; 6-9; 10-19 |
| | 135:1-16; 18-20 |
| | 136:1-12; 14-16; 18-21 |
| | 137:2-12 |
| | 139:5-6; 9-22 |
| | 140:2-14 |
| | 140:22-141:4 |
| | 141:6-146:10 |
| | 145:20-22 |
| | 146:18-147:1 |
| | 147:3-10 |
| | 147:12-149:10 |
| | 150:21- 151: 7 |
| | 151:9-11 |
| | 151:15-16 |
| | 151:22- 152:19 |
| | 152: 1-153:15 |
| | 154:15-155:19 |
| | 158:1-10 |
| | 158:12-163:17 |
| | 164:4- 165:13 |
| | 166:17–169:4 |
| | 170:1-172:20 |
| | 173:2-21 |
| | 174:3-175:3 |

| | |
|---|---|
| | 175:7-176:20 |
| | 176:21-22 |
| | 177:6-180:1 |
| | 180:16-184:18 |
| | 186:17-189:9 |
| | 190:2-9 |
| | 191:2-6 |
| | 192:2-194:7 |
| | 195:8-199:9 |
| | 199:14-201:1 |
| | 201:6-13 |
| | 201:15–202:7 |
| | 204:18- 205:20 |
| | 206:2; 6-208:8; 10 |
| | 208:15-209:3 |
| | 209:17-212:14 |
| | 210:6-9 |
| | 211: 14- 20 |
| | 212: 5- 14 |
| | 213:2-3; 7-12 |
| | 213:19- 215:12 |
| | 215:14-16; 18-21 |
| | 216:20-217:7 |
| | 217:10-218:9 |
| | 218:18-221:14 |
| | 221:16-222:2 |

| | |
|---|---|
| | 223:7-225:9; 14 |
| | 225:15-227:11 |
| | 227:22-228:7 |
| | 228:15-231:8 |
| | 232:9-11 |
| | 236:21- 237:17 |
| | 237:19-238:7 |
| | 238:6- 19 |
| | 238:21-244:3 |
| | 244:4-6; 9-16 |
| | 244:18-19 |
| | 245:1-2; 4-6 |
| | 245:7-248:21 |
| | 250:21-251:7 |
| | 251:12-14 |
| | 251:17-252:5 |
| | 253:2-5; 12-22 |
| | 254: 1-5 |
| | 254:11-257:14; 17-22 |
| | 258:4-260:1 |
| | 260:16-261:2 |
| | 261:11-262:20 |
| | 263:3-5; 11 |
| | 263:14-264:11 |
| | 265:4-267:21 |
| | 266:13- 267:21 |

| | |
|---|---|
| | 268:16-270:9 |
| | 269:19-270:7 |
| | 270:12-271:1 |
| | 271:6-8 |
| | 271:13-272:6 |
| | 272:11-273:1 |
| | 273:5-12 |
| | 274:3-275:1 |
| | 275:19-279:16 |
| | 279:21-280:1 |
| | 280:8-282:4 |
| | 283:3-287:17 |
| | 288:13-17 |
| | 288:13-289:16 |
| | 290:6- 297:19 |
| | 297:19-300:3 |
| | 300:11-301:11 |
| | 303:22-304:1 |
| | 304:9-305:10 |
| | 306:14-308:8 |
| **Sandra Barnes**<br>**March 21, 2025** | |
| | 9:2-5 |
| | 18:1–2; 10–22 |
| | 18:10-19:1–20:14 |
| | 21:16-22:5-7; 11-16 |

| | |
|---|---|
| | 24:7–29:13 |
| | 33:1–14 |
| | 40:10–41:20 |
| | 42:2–43:1 |
| | 49:7–14; 17–22 |
| | 51:1–54:22 |
| | 56:4–57:14; 18-22 |
| | 58:1-59:1 |
| | 59:6-60:1 |
| | 61:7–62:7 |
| | 64:5–19 |
| | 73:7–74:16 |
| | 81:15-84:14 |
| | 84:15 – 86:6 |
| | 91:8-10 |
| | 91:18-22 |
| | 92:5–13 |
| | 93:2–94:7 |
| | 94:18–19 |
| | 110:8; 16–19 |
| | 127:19–128:22 |
| | 140:2–4; 8–19 |
| | 149:6–9 |
| | 149:19–150:5 |
| | 166:20–167:16 |
| | 168:3–16 |

| | |
|---|---|
| | 176:10 – 181:17;<br>182:6 - 183: 4 |
| | 183: 16 –194:10 |
| | 194: 18 – 209:9 |
| | 210:4–18 |
| | 211:4–218:11 |
| | 221: 11 – 226:10 |
| | 226:14- 240:5 |
| | 240:6 – 244:6 |
| | 244:10 – 250:10 |
| | 250:14–254:12 |
| | 259:19 – 263:7 |
| | 264:1- 270:17 |
| | 256:21–259:18 |
| | 286:15–287:11 |
| | 308:6- 324:19 |
| | 325:8- 333:18 |
| | 333:20–22 |
| | 334:7- 338:3 |
| | 345:17- 348:2 |
| | 348:11–19 |
| **Todd DiRoberto**<br>**May 9, 2025** | |
| | 9:2-11 |
| | 12:2-11 |
| | 24:16-26:17 |

| | |
|---|---|
| | 27:15-22 |
| | 28:3-29:5 |
| | 35:14- 37:19 |
| | 38:22- 39:4 |
| | 36:9-43:2 |
| | 41:10-42:21 |
| | 45:17-22 |
| | 47:23-48:2 |
| | 190:8-22 |
| | 49:2-51:1; 5-6 |
| | 54:5-25 |
| | 55:6-56:24 |
| | 67:14-68:4; 6-7 |
| | 68:9-11; 13; 15-16; 18-19 |
| | 70:19-71:1 |
| | 72-73:10 |
| | 76:19-77:18 |
| | 79:2-9 |
| | 81:8-24 |
| | 98:13-14; 16-17 |
| | 114:4- 116:8 |
| | 116:5-10 |
| | 157:12- 182:19 |
| | 183:19-184:8; 10-19 |

| | |
|---|---|
| | 184:24-185:8 |
| | 185:20-187:2 |
| | 190:8-22 |
| | 211:21-22 |
| | 212:5-12; 14; 16-25 |
| | 213: 1-9; 14-16; 18-20 |
| | 214-215:5 |
| | 215:11-216:11 |
| | 216:15-217:16 |
| | 219:19-220:4 |
| | 220:8-221:1-3 |
| | 223:1-3; 11-20 |
| | 233:11-15 |
| | 234:10-19 |
| | 239:13; 17-19; 22-23 |
| | 240: 6-8; 10; 12-16; 19-20 |
| | 243: 20-21; 24-25 |
| | 244: 1; 7-21 |
| | 258: 6-9 |
| | 259: 22-25 |
| | 260:1-2 |
| | 274:23-275:11 |