# EXHIBIT B

| Documents or other Exhibits Plaintiff Expects to Offer | |
|---|---|
| **Exhibit** | **Description** |
| 1 | Defendant Atlas Marketing Partners, Inc.'s Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 2 | Defendant Atlas Investment Ventures LLC's Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 3 | Defendant TEK Ventures LLC's Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 7 | Defendant Eric Petersen's Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 8 | Defendant Todd DiRoberto's Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 10 | ACE & BARNES-0000464 |
| 11 | ACE & BARNES-0000128 |
| 12 | ACE & BARNES-0000001 |
| 13 | ACE & BARNES-0187215 |
| 14 | ACE & BARNES-0166548 |
| 15 | ACE & BARNES-0170616 |
| 16 | ACE & BARNES-0164139; ACE & BARNES-0164140 |
| 17 | USA_00003936 |
| 44 | ATLAS014886 |
| 45 | ATLAS017942 |
| 46 | ACE & BARNES-0149570 |
| 48 | ACE & BARNES-0265158 |
| 49 | ACE & BARNES-0265183 |
| 50 | ACE & BARNES-0265520 |
| 51 | ACE & BARNES-0257981 |
| 52 | ACE & BARNES-0148789 |
| 53 | ACE & BARNES-0699294 |
| 54 | ACE & BARNES-0160625 |
| 55 | ATLAS021549 |
| 56 | ATLAS012078 |
| 58 | ACE & BARNES-0159637 |
| 59 | ACE & BARNES-0159673 |
| 61 | ATLAS010350 |
| 62 | ACE & BARNES-0149814 |

| | |
|---|---|
| 63 | ACE & BARNES-0148202 |
| 64 | ACE & BARNES-0147663 |
| 65 | ACE & BARNES-0147692 |
| 66 | ACE & BARNES-0147698 |
| 67 | ACE & BARNES-0148776 |
| 68 | ATLAS010968 |
| 69 | ENTRY INTENTIONALLY LEFT BLANK |
| 70 | ACE & BARNES-0070596 |
| 71 | ACE & BARNES-0524574 |
| 72 | ATLAS017355 |
| 73 | ACE & BARNES-0159588 |
| 74 | ACE & BARNES-0161124 |
| 75 | ATLAS017639 |
| 76 | ACE & BARNES-0156603 |
| 77 | ACE & BARNES-0636322 |
| 78 | ACE & BARNES-0580512 |
| 79 | ATLAS021983 |
| 80 | ATLAS021982 |
| 81 | ACE & BARNES-0002288 |
| 82 | ACE & BARNES-0002483 |
| 83 | ACE & BARNES-0004085 |
| 84 | ACE & BARNES-0071586 |
| 85 | ACE & BARNES-0159399 |
| 86 | ACE & BARNES-0002224 |
| 87 | ACE & BARNES-0159400 |
| 88 | ACE & BARNES-0697625 |
| 93 | ATLAS014830 |
| 94 | ATLAS 078061-64 |
| 95 | ATLAS 078107 |
| 96 | ACE & BARNES-0158892 |
| 97 | ATLAS 078467-74 |
| 98 | Ace Defendants' Privilege Log |
| 99 | ENTRY INTENTIONALLY LEFT BLANK |
| 100 | Plaintiff's MSJ Exhibit 112 |
| 101 | Plaintiff's MSJ Exhibit 113 |
| 102 | ATLAS012311 |
| 103 | ACE & BARNES-0158305 |
| 104 | ATLAS014723 |
| 105 | ACE & BARNES-0148054 |

| | |
|---|---|
| 106 | ATLAS 077226-27 |
| 107 | ATLAS006117 |
| 110 | ACE & BARNES-0659129 |
| 111 | ACE & BARNES-0656411 |
| 112 | ACE & BARNES-0656549 |
| 113 | ACE & BARNES-0656077 |
| 114 | ACE & BARNES-0657928 |
| 115 | ACE & BARNES-0571801 |
| 116 | ACE & BARNES-0573757 |
| 117 | ACE & BARNES-0657044 |
| 118 | ACE & BARNES-0598229 |
| 119 | ACE & BARNES-0656070 |
| 120 | ACE & BARNES-0655618 |
| 121 | ACE & BARNES-0192034 |
| 122 | ACE & BARNES-0001853 |
| 124 | Plaintiff's MSJ Exhibit 136 |
| 125 | Plaintiff's MSJ Exhibit 137 |
| 126 | ACE & BARNES-0673141 |
| 127 | ACE & BARNES-0659905 |
| 128 | ACE & BARNES-0584703 |
| 129 | ACE & BARNES-0605467 |
| 130 | ACE & BARNES-0644463 |
| 131 | ACE & BARNES-0664473 |
| 132 | ACE & BARNES-0659401 |
| 133 | ACE & BARNES-0658871 |
| 134 | ACE & BARNES-0235773 |
| 144 | ATLAS 078061-72 |
| 147 | ATLAS 077224-25 |
| 148 | ATLAS 077303-09 |
| 149 | ATLAS 078107-18 |
| 150 | ACE & BARNES-0148187 |
| 151 | ACE & BARNES-0148320 |
| 152 | ACE & BARNES-0152419 |
| 153 | ENTRY INTENTIONALLY LEFT BLANK |
| 156 | USA_00003757 |
| 158 | ACE & BARNES-0159398 |
| 162 | ACE & BARNES-0000343 |
| 163 | ACE & BARNES-0000463 |
| 164 | ACE & BARNES-0000483 |

| | |
|---|---|
| 166 | ACE & BARNES-0155741 |
| 167 | ACE & BARNES-0159108 |
| 168 | ACE & BARNES-0000545 |
| 169 | ACE & BARNES-0000547 |
| 170 | ACE & BARNES-0000549 |
| 171 | ACE & BARNES-0000551 |
| 172 | ACE & BARNES-0000553 |
| 173 | ACE & BARNES-0000557 |
| 174 | ACE & BARNES-0159509 |
| 175 | ACE & BARNES-0159511 |
| 176 | ACE & BARNES-0159515 |
| 177 | ACE & BARNES-0159519 |
| 178 | ACE & BARNES-0159523 |
| 179 | ACE & BARNES-0159527 |
| 180 | ACE & BARNES-0159531 |
| 181 | ACE & BARNES-0159535 |
| 182 | ACE & BARNES-0159539 |
| 183 | ACE & BARNES-0159543 |
| 184 | ACE & BARNES-0159547 |
| 185 | ACE & BARNES-0159551 |
| 186 | ACE & BARNES-0159555 |
| 187 | ACE & BARNES-0159559 |
| 188 | ACE & BARNES-0159563 |
| 189 | ACE & BARNES-0001860 |
| 190 | ACE & BARNES-0001864 |
| 191 | ACE & BARNES-0001868 |
| 192 | ACE & BARNES-0001872 |
| 193 | ACE & BARNES-0001876 |
| 194 | ACE & BARNES-0001880 |
| 195 | ACE & BARNES-0001884 |
| 196 | ACE & BARNES-0001888 |
| 197 | ACE & BARNES-0001892 |
| 198 | ACE & BARNES-0001896 |
| 199 | ACE & BARNES-0001902 |
| 200 | ACE & BARNES-0001908 |
| 201 | ACE & BARNES-0001914 |
| 202 | ACE & BARNES-0001920 |
| 203 | ACE & BARNES-0001926 |
| 204 | ACE & BARNES-0291562 |

| | |
|---|---|
| 205 | ACE & BARNES-0291620 |
| 206 | ACE & BARNES-0291658 |
| 207 | ACE & BARNES-0291632 |
| 208 | ACE & BARNES-0291670 |
| 209 | ACE & BARNES-0291682 |
| 210 | ACE & BARNES-0291626 |
| 211 | ACE & BARNES-0291652 |
| 212 | ACE & BARNES-0291646 |
| 213 | ACE & BARNES-0291676 |
| 214 | ACE & BARNES-0291640 |
| 215 | ACE & BARNES-0291598 |
| 216 | ACE & BARNES-0291688 |
| 217 | ACE & BARNES-0291832 |
| 218 | ACE & BARNES-0291844 |
| 219 | ACE & BARNES-0291782 |
| 220 | ACE & BARNES-0291776 |
| 221 | ACE & BARNES-0291826 |
| 222 | ACE & BARNES-0291814 |
| 223 | ACE & BARNES-0291790 |
| 224 | ACE & BARNES-0291838 |
| 225 | ACE & BARNES-0291820 |
| 226 | ACE & BARNES-0291802 |
| 227 | ACE & BARNES-0291796 |
| 228 | ACE & BARNES-0291808 |
| 229 | ACE & BARNES-0291700 |
| 230 | ACE & BARNES-0291712 |
| 231 | ACE & BARNES-0291718 |
| 232 | ACE & BARNES-0291742 |
| 233 | ACE & BARNES-0291748 |
| 234 | ACE & BARNES-0291694 |
| 235 | ACE & BARNES-0291706 |
| 236 | ACE & BARNES-0291754 |
| 237 | ACE & BARNES-0291724 |
| 238 | ACE & BARNES-0291738 |
| 239 | ACE & BARNES-0291734 |
| 240 | ACE & BARNES-0291730 |
| 241 | ACE & BARNES-0291586 |
| 242 | ACE & BARNES-0291616 |
| 243 | ACE & BARNES-0291582 |

| | |
|---|---|
| 244 | ACE & BARNES-0291574 |
| 245 | ACE & BARNES-0291612 |
| 246 | ACE & BARNES-0291590 |
| 247 | ACE & BARNES-0291578 |
| 248 | ACE & BARNES-0291606 |
| 249 | ACE & BARNES-0291594 |
| 250 | ACE & BARNES-0291602 |
| 251 | ENTRY INTENTIONALLY LEFT BLANK |
| 252 | ACE & BARNES-0000821 |
| 253 | ACE & BARNES-0158257 |
| 254 | ACE & BARNES-0153016 |
| 255 | ATLAS006216 |
| 256 | ACE & BARNES-0161805 |
| 257 | ACE & BARNES-0148586 |
| 258 | ACE & BARNES-0265424 |
| 259 | ATLAS014825 |
| 260 | ENTRY INTENTIONALLY LEFT BLANK |
| 261 | ATLAS018492 |
| 262 | ACE & BARNES-0152593 |
| 263 | ACE & BARNES-0149180 |
| 264 | ACE & BARNES-0159177 |
| 265 | ATLAS051429 |
| 266 | ACE & BARNES-0000950 |
| 267 | ACE & BARNES-0159096 |
| 268 | Exhibit 52 to the Deposition of Eric Petersen |
| 269 | ACE & BARNES-0000598 |
| 270 | ACE & BARNES-0002229 |
| 271 | ACE & BARNES-0000017 |
| 272 | ACE & BARNES-0159650 |
| 273 | ACE & BARNES-0165939 |
| 274 | ACE & BARNES-0197575 |
| 275 | ACE & BARNES-0158155 |
| 276 | ACE & BARNES-0186880 |
| 277 | Defendant Sandra Barnes' Objections and Responses to Plaintiff's First Set of Interrogatories |
| 278 | Defendant Sandra Barnes' Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories |

| | |
|---|---|
| 279 | Declaration of Sandra Barnes In Support of Defendant Ace Business Solutions LLC's Opposition to Plaintiff's Motion to Compel |
| 280 | ACE & BARNES-0174937 |
| 281 | ACE & BARNES-0183843 |
| 282 | ACE & BARNES-0159417 |
| 283 | ACE & BARNES-0169951 |
| 284 | ACE & BARNES-0170026 |
| 285 | ACE & BARNES-0159422 |
| 286 | ACE & BARNES-0159237 |
| 287 | ACE & BARNES-0158943 |
| 288 | ACE & BARNES-0261945 |
| 289 | ACE & BARNES-0631176 |
| 290 | ACE & BARNES-0699214 |
| 291 | ACE & BARNES-0699219 |
| 292 | ACE & BARNES-0699225 |
| 293 | ACE & BARNES-0699191 |
| 294 | Defendant Ace Business Solutions, LCC's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories |
| 295 | Defendant Ace Business Solutions, LCC's Objections and Responses to Plaintiff's First Set of Interrogatories |
| 296 | ACE & BARNES-0159627 |
| 297 | ACE & BARNES-0164605 |
| 298 | ACE & BARNES-0149578 |
| 299 | ACE & BARNES-0150244 |
| 300 | ACE & BARNES-0149579 |
| 301 | USA 00007230 |
| 302 | USA 00007303 |
| 303 | USA 00007328 |
| 304 | USA_00007332 |
| 305 | USA_00007368 |
| 306 | ACE & BARNES-0000081 |
| 307 | Declaration of Sandra Barnes In Support of Defendants Ace Business Solutions LLC's and Sandra Barnes' Motion for Summary Judgment |
| 308 | ACE & BARNES-0000462 |
| 309 | ACE & BARNES-0690741 |
| 310 | ACE & BARNES-0147811 |

| | |
|---|---|
| 311 | ACE & BARNES-0147984 |
| 312 | ENTRY INTENTIONALLY LEFT BLANK |
| 313 | ACE & BARNES-0148272 |
| 314 | ACE & BARNES-0148280 |
| 315 | ACE & BARNES-0148675 |
| 316 | ACE & BARNES-0148714 |
| 317 | ACE & BARNES-0148724 |
| 318 | ACE & BARNES-0148748 |
| 319 | ACE & BARNES-0148772 |
| 320 | ACE & BARNES-0148843 |
| 321 | ACE & BARNES-0148928 |
| 322 | ACE & BARNES-0148968 |
| 323 | ACE & BARNES-0149266 |
| 324 | ACE & BARNES-0150202 |
| 325 | ENTRY INTENTIONALLY LEFT BLANK |
| 326 | ACE & BARNES-0154167 |
| 327 | ACE & BARNES-0154177 |
| 328 | ACE & BARNES-0156168 |
| 329 | ACE & BARNES-0158916 |
| 330 | ACE & BARNES-0158952 |
| 331 | ACE & BARNES-0158919 |
| 332 | ACE & BARNES-0158920 |
| 333 | ACE & BARNES-0159118 |
| 334 | ACE & BARNES-0158940 |
| 335 | ENTRY INTENTIONALLY LEFT BLANK |
| 336 | ACE & BARNES-0158970 |
| 337 | ACE & BARNES-0159111 |
| 338 | ACE & BARNES-0159433 |
| 339 | ACE & BARNES-0161051 |
| 340 | ACE & BARNES-0161699 |
| 341 | ACE & BARNES-0168093 |
| 342 | ACE & BARNES-0170058 |
| 343 | ACE & BARNES-0172836 |
| 344 | ACE & BARNES-0176373 |
| 345 | ACE & BARNES-0182804 |
| 346 | ACE & BARNES-0183846 |
| 347 | ACE & BARNES-0185029 |
| 348 | ATLAS009319 |
| 349 | ATLAS016043 |

| | |
|---|---|
| 350 | ATLAS051212 |
| 351 | ATLAS051953 |
| 352 | ATLAS052147 |
| 353 | ACE & BARNES-0621850 |
| 354 | ACE & BARNES-0000914 |
| 355 | ATLAS006144 |
| 356 | ATLAS006207 |
| 357 | ATLAS009340 |
| 358 | ATLAS009443 |
| 359 | ATLAS010299 |
| 360 | ATLAS011321 |
| 361 | ATLAS011986 |
| 362 | ATLAS012076 |
| 363 | ATLAS012266 |
| 364 | ATLAS012477 |
| 365 | ATLAS012524 |
| 366 | ATLAS012556 |
| 367 | ACE & BARNES-0148151 |
| 368 | ATLAS012817 |
| 369 | ATLAS017179 |
| 370 | ATLAS018085 |
| 371 | USA_00007138 |
| 372 | USA_00007140 |
| 373 | USA_00007143 |
| 374 | USA_00007144 |
| 375 | USA_00007145 |
| 376 | USA_00007146 |
| 377 | USA_00007147 |
| 378 | USA_00007152 |
| 379 | USA_00007176 |
| 380 | USA_00007177 |
| 381 | USA_00007178 |
| 382 | USA_00007180 |
| 383 | USA_00007183 |
| 384 | USA_00007182 |
| 385 | USA_00007187 |
| 386 | USA_00007188 |
| 387 | USA_00007189 |
| 388 | USA_00007190 |

| | |
|---|---|
| 389 | USA_00007191 |
| 390 | USA_00007192 |
| 391 | USA_00007193 |
| 392 | USA_00007225 |
| 393 | USA_00007226 |
| 394 | ENTRY INTENTIONALLY LEFT BLANK |
| 395 | ENTRY INTENTIONALLY LEFT BLANK |
| 396 | ACE & BARNES-0000459 |
| 397 | ACE & BARNES-0000458 |
| 398 | ACE & BARNES-0000308 |
| 399 | ACE & BARNES-0000588 |
| 400 | ACE & BARNES-0000611 |
| 401 | ACE & BARNES-0000625 |
| 402 | ACE & BARNES-0000926 |
| 403 | ACE & BARNES-0001074 |
| 404 | ACE & BARNES-0001272 |
| 405 | Defendant Atlas Investment Ventures LLC's Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 406 | Defendant Atlas Marketing Partners, Inc.'s Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 407 | Defendant TEK Ventures LLC's Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 408 | Defendant Eric Petersen's Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 409 | Defendant Todd DiRoberto's Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 410 | Defendant Atlas Investment Ventures LLC's Response to Plaintiff United States of America's Interrogatories, Set One |
| 411 | Defendant Atlas Marketing Partners, Inc.'s Response to Plaintiff United States of America's Interrogatories, Set One |
| 412 | Defendant TEK Ventures LLC's Response to Plaintiff United States of America's Interrogatories, Set One |
| 413 | Defendant Eric Petersen's Response to Plaintiff United States of America's Interrogatories, Set One |

| | |
|---|---|
| 414 | Defendant Todd DiRoberto's Response to Plaintiff United States of America's Interrogatories, Set One |
| 415 | Defendant Atlas Investment Ventures LLC's Supplemental Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 416 | Defendant Atlas Marketing Partners, Inc.'s Supplemental Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 417 | Defendant TEK Ventures LLC's Supplemental Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 418 | Defendant Eric Petersen's Supplemental Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 419 | Defendant Todd DiRoberto's Supplemental Response to Plaintiff United States of America's Requests for Production of Documents, Set One |
| 420 | ENTRY INTENTIONALLY LEFT BLANK |
| 421 | ENTRY INTENTIONALLY LEFT BLANK |
| 422 | ENTRY INTENTIONALLY LEFT BLANK |
| 423 | ENTRY INTENTIONALLY LEFT BLANK |
| 424 | ENTRY INTENTIONALLY LEFT BLANK |
| 425 | Defendant Atlas Investment Ventures LLC's Second Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 426 | Defendant Atlas Marketing Partners, Inc.'s Second Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 427 | Defendant TEK Ventures LLC's Second Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 428 | Defendant Eric Petersen's Second Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 429 | Defendant Todd DiRoberto's Second Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 430 | Defendant Atlas Investment Ventures LLC's Third Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |

| | |
|---|---|
| 431 | Defendant Atlas Marketing Partners, Inc.'s Third Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 432 | Defendant TEK Ventures LLC's Third Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 433 | Defendant Eric Petersen's Third Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 434 | Defendant Todd DiRoberto's Third Supplemental Response to Plaintiff United States of America's Interrogatories, Set One |
| 435 | Defendant Sandra Barnes' Objections and Responses to Plaintiff's First Set of Requests for Production |
| 436 | Defendant Ace Business Solutions, LLC's Objections and Responses to Plaintiff's First Set of Requests for Production |
| 437 | Defendant Sandra Barnes' Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production |
| 438 | Defendant Ace Business Solutions, LLC's Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production |
| 439 | ATLAS017353 |
| 440 | ATLAS025975 |
| 441 | ENTRY INTENTIONALLY LEFT BLANK |
| 444 | ATLAS005663 |
| 445 | ATLAS013622 |
| 446 | ATLAS005585 |
| 447 | ATLAS005588 |
| 448 | ACE & BARNES-0000932 |
| 449 | ACE & BARNES-0001050 |
| 450 | ACE & BARNES-0148131 |
| 451 | ACE & BARNES-0150917 |
| 452 | ACE & BARNES-0151027 |
| 453 | ACE & BARNES-0152709 |
| 454 | ACE & BARNES-0153623 |
| 455 | ACE & BARNES-0153728 |
| 456 | ACE & BARNES-0154156 |
| 457 | ACE & BARNES-0156301 |
| 458 | ACE & BARNES-0156564 |
| 459 | ACE & BARNES-0156565 |
| 460 | ACE & BARNES-0158376 |
| 461 | ACE & BARNES-0159140 |

| | |
|---|---|
| 462 | ACE & BARNES-0159214 |
| 463 | ACE & BARNES-0159931 |
| 464 | ACE & BARNES-0167189 |
| 465 | ACE & BARNES-0170811 |
| 466 | ACE & BARNES-0172268 |
| 467 | ACE & BARNES-0178433 |
| 468 | ACE & BARNES-0180839 |
| 469 | ACE & BARNES-0181610 |
| 470 | ACE & BARNES-0190201 |
| 471 | ACE & BARNES-0193728 |
| 472 | ACE & BARNES-0194457 |
| 473 | ACE & BARNES-0194458 |
| 474 | ACE & BARNES-0196817 |
| 475 | ACE & BARNES-0197910 |
| 476 | ACE & BARNES-0200059 |
| 477 | ACE & BARNES-0208850 |
| 478 | ACE & BARNES-0210744 |
| 479 | ACE & BARNES-0213110 |
| 480 | ACE & BARNES-0217591 |
| 481 | ACE & BARNES-0217592 |
| 482 | ACE & BARNES-0217839 |
| 483 | ACE & BARNES-0228658 |
| 484 | ACE & BARNES-0231140 |
| 485 | ACE & BARNES-0241838 |
| 486 | ACE & BARNES-0241842 |
| 487 | ACE & BARNES-0246524 |
| 488 | ACE & BARNES-0251142 |
| 489 | ACE & BARNES-0251666 |
| 490 | ACE & BARNES-0252547 |
| 491 | ACE & BARNES-0255885 |
| 492 | ACE & BARNES-0264799 |
| 493 | ACE & BARNES-0264828 |
| 494 | ACE & BARNES-0265167 |
| 495 | ACE & BARNES-0265239 |
| 496 | ACE & BARNES-0266135 |
| 497 | ACE & BARNES-0266155 |
| 498 | ACE & BARNES-0568186 |
| 499 | ACE & BARNES-0569116 |
| 500 | ACE & BARNES-0570892 |

| | |
|---|---|
| 501 | ACE & BARNES-0575406 |
| 502 | ACE & BARNES-0580227 |
| 503 | ACE & BARNES-0586531 |
| 504 | ACE & BARNES-0592361 |
| 505 | ACE & BARNES-0594938 |
| 506 | ACE & BARNES-0598736 |
| 507 | ACE & BARNES-0601778 |
| 508 | ACE & BARNES-0606948 |
| 509 | ACE & BARNES-0607236 |
| 510 | ACE & BARNES-0608351 |
| 511 | ACE & BARNES-0614343 |
| 512 | ACE & BARNES-0619160 |
| 513 | ACE & BARNES-0623455 |
| 514 | ACE & BARNES-0631946 |
| 515 | ACE & BARNES-0645449 |
| 516 | ACE & BARNES-0653503 |
| 517 | ACE & BARNES-0653542 |
| 518 | ACE & BARNES-0655416 |
| 519 | ACE & BARNES-0659475 |
| 520 | ACE & BARNES-0662686 |
| 521 | ACE & BARNES-0663928 |
| 522 | ACE & BARNES-0664664 |
| 523 | ACE & BARNES-0677694 |
| 524 | ACE & BARNES-0678174 |
| 525 | ACE & BARNES-0683084 |
| 526 | ACE & BARNES-0684368 |
| 527 | ACE & BARNES-0685050 |
| 528 | ACE & BARNES-0694072 |
| 529 | ACE & BARNES-0699182 |
| 530 | ACE & BARNES-0699185 |
| 531 | ENTRY INTENTIONALLY LEFT BLANK |
| 532 | ACE & BARNES-0699193 |
| 533 | ACE & BARNES-0699205 |
| 534 | ENTRY INTENTIONALLY LEFT BLANK |
| 535 | ACE & BARNES-0699220 |
| 536 | ENTRY INTENTIONALLY LEFT BLANK |
| 537 | ATLAS012073 |
| 538 | ENTRY INTENTIONALLY LEFT BLANK |
| 539 | ATLAS019311 |

| | |
|---|---|
| 540 | ATLAS025968 |
| 543 | ATLAS051262 |
| 544 | ATLAS053058 |
| 545 | ATLAS053059 |
| 547 | ATLAS016045 |
| 548 | ACE & BARNES-0147796 |
| 549 | ACE & BARNES-0149709 |
| 550 | ACE & BARNES-0150192 |
| 551 | ACE & BARNES-0150223 |
| 552 | ACE & BARNES-0150971 |
| 553 | ACE & BARNES-0151771 |
| 554 | ENTRY INTENTIONALLY LEFT BLANK |
| 555 | ACE & BARNES-0178093 |
| 556 | ACE & BARNES-0197655 |
| 557 | ACE & BARNES-0155341 |
| 558 | ACE & BARNES-0156184 |
| 559 | ACE & BARNES-0160853 |
| 560 | ACE & BARNES-0171348 |
| 561 | ACE & BARNES-0181652 |
| 562 | ACE & BARNES-0603471 |
| 563 | ACE & BARNES-0609230 |
| 564 | ACE & BARNES-0686856 |
| 565 | ENTRY INTENTIONALLY LEFT BLANK |
| 566 | ACE & BARNES-0169717 |
| 567 | ACE & BARNES-0207134 |
| 568 | ACE & BARNES-0248340 |
| 569 | ACE & BARNES-0600836 |
| 570 | ACE & BARNES-0658109 |
| 571 | ACE & BARNES-0605626 |
| 572 | ACE & BARNES-0609974 |
| 573 | ACE & BARNES-0670886 |
| 575 | ACE & BARNES-0609514 |
| 576 | ACE & BARNES-0158197 |
| 577 | ACE & BARNES-0161380 |
| 578 | ACE & BARNES-0671181 |
| 579 | ACE & BARNES-0158958 |
| 580 | ACE & BARNES-0158961 |
| 581 | ACE & BARNES-0184694 |
| 582 | ACE & BARNES-0191762 |

| | |
|---|---|
| 583 | ACE & BARNES-0224885 |
| 584 | ACE & BARNES-0596773 |
| 585 | ACE & BARNES-0601710 |
| 586 | ACE & BARNES-0621666 |
| 587 | ACE & BARNES-0643809 |
| 588 | ACE & BARNES-0650299 |
| 589 | ACE & BARNES-0680660 |
| 590 | ACE & BARNES-0691147 |
| 591 | ENTRY INTENTIONALLY LEFT BLANK |
| 592 | ENTRY INTENTIONALLY LEFT BLANK |
| 593 | ENTRY INTENTIONALLY LEFT BLANK |
| 594 | ENTRY INTENTIONALLY LEFT BLANK |
| 595 | ENTRY INTENTIONALLY LEFT BLANK |
| 596 | ENTRY INTENTIONALLY LEFT BLANK |
| 597 | ENTRY INTENTIONALLY LEFT BLANK |
| 598 | ENTRY INTENTIONALLY LEFT BLANK |
| 599 | ENTRY INTENTIONALLY LEFT BLANK |
| 600 | ENTRY INTENTIONALLY LEFT BLANK |
| 601 | Summary Exhibits Relevant to Amount of Atlas Defendants' Liability for Consumer Redress Including, but not Limited to, Exhibits 85, 86, 158, 174-250, 252, 629, and 711 |
| 602 | ACE & BARNES-0149846 |
| 603 | ACE & BARNES-0152379 |
| 604 | ACE & BARNES-0153687 |
| 605 | ACE & BARNES-0156419 |
| 606 | ACE & BARNES-0188536 |
| 607 | ACE & BARNES-0218390 |
| 608 | ACE & BARNES-0231685 |
| 609 | ACE & BARNES-0238131 |
| 610 | ATLAS009607 |
| 611 | ATLAS083674 |
| 612 | ATLAS006188 |
| 613 | ACE & BARNES-0158714 |
| 614 | ACE & BARNES-0158715 |
| 615 | ACE & BARNES-0158716 |
| 616 | ACE & BARNES-0159179 |
| 617 | ACE & BARNES-0208939 |
| 618 | ACE & BARNES-0208967 |
| 619 | ACE & BARNES-0208973 |

| | |
|---|---|
| 620 | ACE & BARNES-0208994 |
| 621 | ACE & BARNES-0655160 |
| 622 | ACE & BARNES-0664952 |
| 623 | ACE & BARNES-0671097 |
| 624 | ACE & BARNES-0691738 |
| 625 | ATLAS083770 |
| 626 | ACE & BARNES-0152756 |
| 627 | ACE & BARNES-0156283 |
| 628 | ACE & BARNES-0156508 |
| 629 | ACE & BARNES-0291664 |
| 630 | ECF No. 1 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 631 | ECF No. 15 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 632 | ECF No. 16 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 633 | ECF No. 17 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 634 | ECF No. 18 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 635 | ECF No. 20 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 636 | ECF No. 21 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 637 | ECF No. 23 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 638 | ECF No. 24 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 639 | ECF No. 25 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 640 | ECF No. 26 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 641 | ECF No. 28 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 642 | ECF No. 29 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 643 | ECF No. 30 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |

| | |
|---|---|
| 644 | ECF No. 31 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 645 | ECF No. 33 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 646 | ECF No. 34 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 647 | ECF No. 35 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 648 | 9/19/2024 Order on Motion to Compel in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 649 | ECF No.40 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 650 | ECF No. 41 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 651 | ECF No. 44 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 652 | ECF No. 45 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 653 | ECF No. 46 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 654 | ECF No. 48 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 655 | ECF No. 49 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 656 | ECF No. 50 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 657 | ECF No. 51 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 658 | ECF No. 52 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 659 | ECF No. 53 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 660 | ECF No. 56 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 661 | ECF No. 58 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 662 | ECF No. 59 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |

| | |
|---|---|
| 663 | ECF No. 60 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 664 | ECF No. 61 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 665 | ECF No. 62 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 666 | ECF No. 63 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 667 | ECF No. 65 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 668 | ECF No. 66 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 669 | ECF No. 67 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 670 | ECF No. 70 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 671 | ECF No. 71 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 672 | ECF No. 72 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 673 | ECF No. 74 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 674 | ECF No. 76 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 675 | ECF No. 79 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 676 | ECF No. 86 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 677 | ECF No. 90 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 678 | ECF No. 91 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 679 | ECF No. 94 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 680 | ECF No. 95 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 681 | 3/16/2026 Order Granting Motion to Withdraw as Counsel in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |

| | |
|---|---|
| 682 | ECF No. 98 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 683 | ECF No. 100 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 684 | ECF No. 101 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 685 | ECF No. 103 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 686 | 7/14/2026 Order Granting Plaintiffs' Motion to Strike Entity Defendants' Answer and Counterclaims and for Entry of Default in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 687 | ECF No. 108 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 688 | ECF No. 111 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 689 | ECF No. 112 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 690 | ECF No. 113 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 691 | ECF No. 115 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 692 | ECF No. 116 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 693 | 5/19/2025 Order Granting Plaintiffs Motion for (1) An Order Approving Plaintiffs Continued Management of Funds or, Alternatively, (2) the Appointment of a Special Master |
| 694 | ECF No. 75 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 695 | ECF No. 77 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 696 | ECF No. 82 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 697 | ECF No. 83 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 698 | ECF No. 87 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 699 | ECF No. 89 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |

| | |
|---|---|
| 700 | ECF No. 102 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 701 | ECF No. 105 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 702 | ECF No. 109 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 703 | ECF No. 110 in Ace Business Solutions, LLC v. TEK Ventures, LLC, NO. A-23-872847-B |
| 704 | Summary of Exhibits Relevant to Amount of Ace Defendants' Liability for Consumer Redress Including, but not Limited to, Exhibits 85, 86, 158, 252, and 711 |
| 705 | Summary of Exhibits Relevant to Amount of Ace Defendants' Liability for Civil Penalties Including, but not Limited to, Exhibits 72, 439, 625, 693-703, and 707 |
| 706 | ACE & BARNES-0159581 |
| 707 | ACE & BARNES-0159587 |
| 708 | Exhibit 9 to the March 20, 2025 Deposition of Sandra Barnes |
| 709 | ACE & BARNES-0159171 |
| 710 | ACE & BARNES-0159173 |
| 711 | ACE & BARNES-0000819 |
| 712 | ACE & BARNES-0159198 |
| 713 | ACE & BARNES-0167461 |
| 714 | ACE & BARNES-0167462 |
| 715 | ATLAS010387 |
| 716 | ACE & BARNES-0159102 |
| 717 | Transcript of April 29, 2025, Deposition of Kenan Azzeh |
| 718 | Transcript of March 25, 2025, Deposition of Amanda Barnes |
| 719 | Transcript of July 18, 2025, Deposition of Irma Contreras |
| 720 | Transcript of July 18, 2025, Deposition of Nathanael K. Wassman |
| 721 | Transcript of July 21, 2025, Deposition of Kathy Kaur |
| 722 | Transcript of May 6, 2025, Deposition of Eric Petersen |
| 723 | Transcript of May 7, 2025, Deposition of Eric Petersen (30(b)(6)) |
| 724 | Transcript of April 12, 2025, Deposition of Pamela Adams |
| 725 | Transcript of May 8, 2025, Deposition of Nathan Bachert |
| 726 | Transcript of March 20, 2025, Deposition of Sandra Barnes (30(b)(6)) |
| 727 | Transcript of March 21, 2025, Deposition of Sandra Barnes |

| | |
|---|---|
| 728 | Transcript of May 9, 2025, Deposition of Todd DiRoberto |

| Documents or other Exhibits Plaintiff May Offer | |
|---|---|
| **Exhibit** | **Description** |
| 4 | ATLAS052981 |
| 5 | ATLAS052983 |
| 6 | ATLAS052985 |
| 9 | SEC Release No. 56282, 91 SEC Docket 1088, 2007 WL 2362702 (In the Matter of Todd DiRoberto, Respondent) |
| 18 | USA_00006630 |
| 19 | ATLAS022286 |
| 20 | USA_00006720 |
| 21 | ATLAS00006720 |
| 22 | ATLAS022039 |
| 23 | ATLAS078456-63 |
| 24 | ATLAS052655 |
| 25 | ATLAS014340 |
| 26 | ATLAS022181 |
| 27 | ATLAS026076 |
| 28 | ATLAS021599 |
| 29 | ATLAS021587 |
| 30 | ATLAS021629 |
| 31 | ATLAS021705 |
| 32 | ATLAS022023 |
| 33 | ATLAS022124 |
| 34 | ATLAS022129 |
| 35 | ATLAS022815 |
| 36 | ATLAS022735 |
| 37 | ATLAS023371 |
| 38 | ATLAS020723 |
| 39 | ATLAS022058 |
| 40 | ATLAS022573 |
| 41 | ATLAS002903 |
| 42 | ATLAS022237 |
| 43 | USA_00007117 |
| 47 | ATLAS010797 |
| 57 | ATLAS 077261 |
| 60 | ATLAS017352 |
| 89 | ATLAS 002550 |
| 90 | ATLAS013727 |

| | |
|---|---|
| 91 | ATLAS017272 |
| 92 | ATLAS003964 |
| 108 | ATLAS 078454-55 |
| 109 | ATLAS 077606-15 |
| 123 | FTC and Atlas Tolling Agreement |
| 135 | ATLAS 074737-39 |
| 136 | ATLAS 0083314-18 |
| 137 | ATLAS 082423-33 |
| 138 | ATLAS 082296 |
| 139 | ATLAS 082526-38 |
| 140 | ATLAS022531 |
| 141 | ATLAS022766 |
| 142 | ATLAS023101 |
| 143 | ATLAS023348 |
| 145 | ATLAS 078043-50 |
| 146 | ATLAS 077661-72 |
| 154 | ATLAS053686 |
| 155 | FCC's Declaratory Ruling and Order dated November 14, 2022 in the Matter of Rules and Regulations Implementing TCPA |
| 157 | Complaint for Permanent Injunction and Other Equitable Relief filed as ECF No. 1 in FTC v. Cardiff, 5:18-cv-02104-SJO-PLA (C.D. Cal.) |
| 159 | ENTRY INTENTIONALLY LEFT BLANK |
| 160 | ENTRY INTENTIONALLY LEFT BLANK |
| 161 | ENTRY INTENTIONALLY LEFT BLANK |
| 165 | ENTRY INTENTIONALLY LEFT BLANK |
| 442 | ATLAS022146 |
| 443 | ATLAS005526 |
| 541 | ATLAS024337 |
| 542 | ATLAS026046 |
| 546 | ATLAS016053 |
| 574 | ATLAS015220 |