ERIC PETERSEN
P.O. Box 274
Rancho Santa Fe, CA 92067
Telephone: (619) 327-4961
E-mail: eric@atlasmp.com

*Defendant Eric Petersen, Pro Se*

FILED
OCT 27 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>Plaintiff,<br>v.<br>**STRATICS NETWORKS, INC.,** a corporation, *et al.*,<br>Defendants. | Case No.: 3:23-cv-313 (BAS) (GC)<br><br>DEFENDANT ERIC PETERSEN'S RULE 26(a)(3) DISCLOSURES<br><br>CTRM: 12B<br>JUDGE: Hon. Cynthia A. Bashant |

Defendant Eric Petersen ("Mr. Petersen"), appearing *pro se,* submits the following Pretrial Disclosure pursuant to Fed. R. Civ. Proc. 26(a)(3).

Mr. Petersen has represented himself since his former counsel withdrew from this action. He serves these disclosures after the October 16, 2026 date set by the Court's Orders (ECF Nos. 284, 289). No trial date has been set, and the Final Pretrial Conference is set for November 20, 2026. Plaintiff and the Ace Defendants have each stated in writing that they will not object to these disclosures as untimely if received on October 26, 2026.

## I. WITNESSES:

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), and the Court's August 6, 2026, order, Mr. Petersen discloses "[t]he name and, if not previously

provided, the address and telephone number of each witness" he presently expects to or may call at trial. *See* Fed. R. Civ. P. 26(a)(3)(A)(i); ECF Nos. 284, 289.

**A. Mr. Petersen expects to call the following witnesses:**

1. Eric Petersen: Defendant Eric Petersen proceeds *pro se* and can be reached at P.O. Box 274, Rancho Santa Fe, CA 92067.

2. Todd DiRoberto: Defendant Todd DiRoberto proceeds *pro se* and resides at 1199 Pacific Highway #2204, San Diego, CA 92101.

**B. Mr. Petersen may call the following witnesses:**

1. Sandra Barnes: Defendant Sandra Barnes is the owner and founder of Defendant Ace Business Solutions LLC and can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

2. Amanda Barnes: Amanda Barnes is Defendant Ace Business Solutions LLC's customer service manager. Ms. Barnes can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

3. Custodian of Records of Ace Business Solutions LLC: The custodian of records can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

4. Nathan Bachert: Nathan Bachert was previously employed by defendants Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, as a sales manager. Mr. Bachert can be reached at 4422 Cannington Drive San Diego, CA 92117.

5. Kenan Azzeh: Kenan Azzeh previously provided Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, marketing services and resides at 7131 Sitio Caliente, Carlsbad, CA 92009, 760-519-9385.

6. Pamela Adams: Pamela Adams was previously employed by defendants Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, as an office manager. Ms. Adams can be contacted at 3178 Rio Madre Lane, Jamul, CA 91935-3229.

7. Carl Barnes, Jr.: Carl Barnes, Jr. is an employee of Defendant Ace Business Solutions LLC with knowledge of Ace's records of, and calculation of, payments to its affiliates, including Atlas. Mr. Barnes can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

8. Any witnesses needed for impeachment or rebuttal.

9. Any witnesses needed to authenticate documents.

10. Any witnesses identified on other parties' witness lists.

***

Mr. Petersen reserves the right to supplement or revise this witness list. If any witness does not appear at trial, Mr. Petersen reserves the right to use his or her deposition testimony in lieu of live testimony as permitted by Federal Rule of Civil Procedure 32.

## II. DEPOSITION DESIGNATIONS

A list designating individuals' deposition testimony that Mr. Petersen anticipates he may offer at trial is attached as Exhibit A hereto. These designations also serve as counter-designations under Federal Rule of Civil Procedure 32(a)(6) to Plaintiff's designations (ECF No. 303-1). Mr. Petersen reserves the right to supplement or revise designated testimony.

Exhibit A also identifies portions of the sworn testimony of Mr. Petersen (April 30, 2021) and Kenan Azzeh (June 11, 2021) given at investigational hearings conducted by the Federal Trade Commission in the investigation that preceded this action, excerpts of which Plaintiff relied upon at summary judgment (ECF No. 213,

Exs. 10, 26). Mr. Petersen designates these portions for completeness under Federal Rule of Evidence 106 should any party offer any part of that testimony, for impeachment or rehabilitation, and as otherwise permitted by the Federal Rules of Evidence, including Rule 804(b)(1) should a witness be unavailable.

## III. EXHIBITS

A list of all exhibits Mr. Petersen presently expects to offer or may offer at trial is attached as Exhibit B hereto. Mr. Petersen reserves the right to use any exhibits offered by any other party. Mr. Petersen further reserves the right to supplement or revise his exhibit list.

DATED: October 26, 2026

Respectfully submitted,

ERIC PETERSEN
Defendant, *Pro Se*
P.O. Box 274, Rancho Santa Fe, CA 92067
E-mail: eric@atlasmp.com

**Certificate of Service**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that on October 26, 2026, I caused the foregoing Defendant Eric Petersen's Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), including Exhibits A and B, to be served by e-mail on the following, pursuant to each recipient's written consent under Fed. R. Civ. P. 5(b)(2)(E), at the e-mail addresses listed below:

- Daniel J. Petrokas, Paulina A. Stamatelos, Tara C. Tiantian, and Marcus P. Smith, U.S. Department of Justice, Civil Division, Enforcement & Affirmative Litigation Branch, 450 5th Street NW, Suite 6400-South, Washington, DC 20530 (Daniel.J.Petrokas@usdoj.gov; Pauline.A.Stamatelos@usdoj.gov; Tara.C.Tiantian@usdoj.gov; Marcus.P.Smith@usdoj.gov), Attorneys for Plaintiff United States of America;
- Daniel S. Blynn, Eric S. Berman, Elyse Echtman, and Derek Foran, Steptoe LLP, 1330 Connecticut Avenue NW, Washington, DC 20036 (dblynn@steptoe.com; eberman@steptoe.com; eechtman@steptoe.com; dforan@steptoe.com); and Michael L. Branch, Schneider & Branch, 225 Broadway, Suite 400, San Diego, CA 92101 (mlb@schneiderbranchlaw.com), Attorneys for Defendants Ace Business Solutions LLC and Sandra Barnes; and
- Todd DiRoberto, 1199 Pacific Highway #2204, San Diego, CA 92101 (todd@atlasmp.com), Defendant, *pro se*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ERIC PETERSEN

# EXHIBIT A

| **Eric Petersen**<br>**May 6, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 66:17-24 |
| | 71:13-72:6 |
| | 79:25-80:3 |
| | 82:22-84:4 |
| | 86:18-87:7 |
| | 95:18-98:15 |
| | 110:5-111:5 |
| | 111:20-113:5 |
| | 114:4-23 |
| | 119:2-8 |
| | 132:5-19 |
| | 178:21-180:25 |
| | 199:18-25 |
| | 200:11-201:14 |
| | 203:14-204:1 |
| | 223:8-19 |
| | 232:13-24 |
| | 240:24-241:21 |
| | 256:6-258:11 |
| | 267:2-9 |
| | 273:11-19 |
| | 273:21-274:4 |
| | 281:7-11 |

| **Eric Petersen (Rule 30(b)(6)) May 7, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 32:10-14 |
| | 38:3-40:8 |
| | 41:19-42:3 |
| | 44:18-46:5 |
| | 50:13-17 |
| | 52:24-53:9 |
| | 76:21-77:12 |
| | 86:12-87:3 |
| | 101:25-102:8 |
| | 102:10-25 |
| | 114:3-17 |
| | 117:16-120:7 |
| | 121:9-22 |
| | 122:25-124:19 |
| | 125:21-126:10 |
| | 126:14-127:3 |
| | 128:6-22 |
| | 160:2-14 |
| | 163:8-16 |
| | 173:12-174:3 |
| | 194:25-195:3 |
| | 210:10-20 |
| | 213:12-214:1 |
| | 241:5-242:4 |
| | 248:13-249:5 |
| | 252:5-20 |
| | 267:15-268:13 |
| | 268:15-269:4 |
| | 283:19-284:6 |
| | 289:11-291:10 |

| **Pamela Adams**<br>**April 12, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 51:12-18 |
| | 52:1-6 |
| | 168:21-169:1 |

| **Nathan Bachert May 8, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 58:10-22 |
| | 63:20-24 |
| | 67:21-68:20 |
| | 70:19-71:16 |
| | 87:3-14 |
| | 174:1-7 |
| | 175:7-11 |
| | 177:6-23 |
| | 179:2-5 |
| | 180:12-17 |
| | 181:22-182:16 |
| | 210:1-211:7 |
| | 435:17-436:1 |

| **Sandra Barnes**<br>**March 21, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 68:12-14 |
| | 75:3-15 |
| | 77:19-21 |
| | 131:10-132:13 |
| | 156:2-13 |
| | 167:17-168:16 |
| | 171:9-19 |
| | 172:2-173:12 |
| | 258:1-15 |

| **Amanda Barnes**<br>**March 25, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 101:19-102:17 |
| | 105:7-106:5 |
| | 117:2-5 |
| | 122:5-24 |

| **Todd DiRoberto<br>May 9, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 184:5-19 |
| | 184:24-185:1 |
| | 185:20-190:22 |
| | 205:1-20 |
| | 206:14-207:4 |
| | 217:17-23 |
| | 252:19-23 |
| | 253:18-254:1 |
| | 260:8-261:1 |
| | 265:5-11 |
| | 272:5-23 |

| Ace Business Solutions, LLC (Rule 30(b)(6)) – Sandra L. Barnes<br>March 20, 2025 | Designation by Page:<br>Line(s) |
|---|---|
| | 25:22-26:14 |
| | 58:18-60:8 |
| | 63:7-65:2 |
| | 66:5-67:5 |
| | 68:7-16 |
| | 72:6-74:11 |
| | 81:17-83:4 |
| | 98:1-99:11 |
| | 128:20-129:8 |
| | 131:12-133:18 |
| | 135:6-136:12 |
| | 139:9-141:4 |
| | 145:20-146:10 |
| | 148:8-151:7 |
| | 154:21-157:7 |
| | 160:3-162:1 |
| | 163:18-166:4 |
| | 175:14-176:20 |
| | 178:2-17 |
| | 182:17-184:14 |
| | 187:11-12 |
| | 195:10-197:1 |
| | 198:2-8 |
| | 201:6-13 |
| | 202:8-204:17 |
| | 213:22-214:8 |
| | 218:18-221:8 |
| | 224:4-232:11 |
| | 236:21-239:18 |

| **Eric Petersen (FTC Investigational Hearing) April 30, 2021** | **Designation by Page: Line(s)** |
|---|---|
| | 45:5-9 |
| | 47:13-19 |
| | 61:2-8 |
| | 62:2-18 |
| | 65:13-16 |
| | 67:15-22 |
| | 69:6-70:9 |
| | 70:21-71:13 |
| | 72:3-16 |
| | 73:4-74:22 |
| | 96:11-12 |
| | 100:4-18 |
| | 101:21-102:21 |
| | 105:4-18 |
| | 117:8-118:5 |
| | 118:17-119:17 |
| | 122:9-23 |
| | 127:4-5 |
| | 161:23-162:22 |

| Kenan Azzeh (FTC Investigational Hearing)<br>June 11, 2021 | Designation by Page:<br>Line(s) |
|---|---|
| | 43:8-44:8 |
| | 66:2-12 |
| | 68:7-15 |
| | 70:5-71:17 |
| | 73:2-25 |
| | 77:4-18 |

# EXHIBIT B

| Documents or other Exhibits Defendant Eric Petersen Expects to Offer | |
|---|---|
| **Exhibit** | **Description** |
| 1001 | ACE & BARNES-0159399 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 97; Plaintiff's trial Exhibit 85) |
| 1002 | ACE & BARNES-0002224 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 98; Plaintiff's trial Exhibit 86) |
| 1003 | ACE & BARNES-0159400 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 99; Plaintiff's trial Exhibit 87) |
| 1004 | ATLAS017352 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 72; Plaintiff's May Offer Exhibit 60) |
| 1005 | ATLAS052981, ATLAS052983, and ATLAS052985 (documents dated July 8, 2024, filed under seal as Exhibits 5, 6, and 7 to ECF No. 213; Plaintiff's May Offer Exhibits 4, 5, and 6) |
| 1006 | Bank statements, financial statements, and tax returns of the Atlas Defendants produced in discovery by the Atlas Defendants |
| 1007 | ATLAS 011031 |
| 1008 | ATLAS 054416 |
| 1009 | ATLAS 019121 |
| 1010 | Records of consumer refunds and cancellations produced in discovery by any party |
| 1011 | USA_00007371 through USA_00007473 (Plaintiff's Production Volume 10) |
| 1012 | Transcript of the April 30, 2021 FTC investigational hearing testimony of Eric Petersen (excerpts filed as Exhibit 10 to ECF No. 213) |
| 1013 | Transcript of the June 11, 2021 FTC investigational hearing testimony of Kenan Azzeh (excerpts filed as Exhibit 26 to ECF No. 213) |
| 1014 | ACE & BARNES-0159398 (September 27, 2022 email from Carl Barnes, Jr. to Sandra Barnes, with attached spreadsheets of payments to affiliates; Plaintiff's Exhibit 158) |
| 1015 | ACE & BARNES-0159433 (email chain between Carl Barnes, Jr. and Christi Kincade regarding affiliate payouts, including payment to Atlas; Plaintiff's Exhibit 338) |
| 1016 | ACE & BARNES-0000128 through ACE & BARNES-0000141 (Services Agreement among Ace Business Solutions, LLC, Provider, and Consumer Legal Services America, Inc., drafted by Ira Frazer, unexecuted; Ace Defendants' Exhibit 27; Plaintiff's Exhibit 11) |
| 1017 | ACE & BARNES-0000001 through ACE & BARNES-0000016 (Provident Document Preparation and Arbitration Support Agreement; Ace Defendants' Exhibit 28; Plaintiff's Exhibit 12) |

| Documents or other Exhibits Defendant Eric Petersen Expects to Offer | |
|---|---|
| **Exhibit** | **Description** |
| 1018 | Provident daily payment slip sheets, June 2018 through April 2021, including native files produced by the Ace Defendants (Ace Defendants' Exhibit 33, beginning ACE & BARNES-0159587) |

| Documents or other Exhibits Defendant Eric Petersen May Offer | |
|---|---|
| **Exhibit** | **Description** |
| 1019 | Defendant Eric Petersen's personal financial statement and supporting documents reflecting his present financial condition (to be produced to Plaintiff before trial; to be offered under seal) |
| 1020 | Summaries of voluminous records under Federal Rule of Evidence 1006 (to be provided to the parties in advance of trial) |