**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STRATICS NETWORKS INC., A CORPORATION, *et al.*,

Defendants.

Case No. 23-cv-00313-BAS-KSC

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TRIAL DEADLINES (ECF No. 310)**

Pending before the Court is Parties' Joint Motion for Extension of Pretrial Deadlines. (ECF No. 310.) Having reviewed the motion, the Court **GRANTS** the motion. (*Id.*)

The Court **ORDERS** the following deadlines:

| **Action** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Counsel for Plaintiff to provide to opposing counsel proposed pretrial order for review and approval and take any other action required by Civil Local Rule 16(1)(f)(6)(a) | October 30, 2026 | November 20, 2026 |
| File any objections to Parties' pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3)(B) | October 30, 2026 | November 20, 2026 |

| | | |
|---|---|---|
| Proposed pretrial order to be lodged with the District Judge's Chambers | November 6, 2026 | November 30, 2026 |
| Final pretrial conference | November 20, 2026 | December 18, 2026 |

**IT IS SO ORDERED.**

**DATED: October 30, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**