**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STRATICS NETWORKS INC., A CORPORATION, *et al.*,<br>Defendants. | Case No. 23-cv-00313-BAS-KSC<br><br>**ORDER SETTING FINAL PRETRIAL CONFERENCE** |

The Court schedules a final pretrial conference for **December 18, 2026, at 1:30pm**, in Courtroom 12B. Only Parties' counsel are to appear at the pretrial conference. Parties are directed to follow the Civil Local Rules and this Court's Standing Order for Civil Cases for lodging a joint proposed pretrial order with the Court before the pretrial conference. Further, Parties should be prepared for the Court to set the dates for trial and the motion in limine hearing at the pretrial conference.

**IT IS SO ORDERED.**

**DATED: November 2, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**