TODD DIROBERTO
1199 Pacific Highway #2204
San Diego, CA 92101
Telephone: (858) 754-7233
E-mail: todddiroberto1@gmail.com

*Defendant Todd DiRoberto, Pro Se*

FILED
NOV 06 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**STRATICS NETWORKS, INC.,** a corporation, *et al.*,<br>Defendants. | Case No.: 3:23-cv-313 (BAS) (GC)<br><br>DEFENDANT TODD DIROBERTO'S RULE 26(a)(3) DISCLOSURES<br><br>CTRM: 12B<br>JUDGE: Hon. Cynthia A. Bashant |

Defendant Todd DiRoberto ("Mr. DiRoberto"), appearing *pro se*, submits the following Pretrial Disclosure pursuant to Fed. R. Civ. Proc. 26(a)(3).

Mr. DiRoberto has represented himself since his former counsel withdrew from this action. He serves these disclosures after the October 16, 2026 date set by the Court's Orders (ECF Nos. 284, 289). No trial date has been set, and the Final Pretrial Conference is set for November 20, 2026. Plaintiff and the Ace Defendants have each stated in writing that they will not object to these disclosures as untimely if received on October 26, 2026.

## I. WITNESSES:

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), and the Court's August 6, 2026, order, Mr. DiRoberto discloses "[t]he name and, if not previously provided, the address and telephone number of each witness" he presently expects to or may call at trial. *See* Fed. R. Civ. P. 26(a)(3)(A)(i); ECF Nos. 284, 289.

### A. Mr. DiRoberto expects to call the following witnesses:

1. Todd DiRoberto: Defendant Todd DiRoberto proceeds *pro se* and resides at 1199

Pacific Highway #2204, San Diego, CA 92101.

2. Eric Petersen: Defendant Eric Petersen proceeds *pro se* and can be reached at P.O. Box 274, Rancho Santa Fe, CA 92067.

**B. Mr. DiRoberto may call the following witnesses:**

1. Sandra Barnes: Defendant Sandra Barnes is the owner and founder of Defendant Ace Business Solutions LLC and can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

2. Amanda Barnes: Amanda Barnes is Defendant Ace Business Solutions LLC's customer service manager. Ms. Barnes can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

3. Custodian of Records of Ace Business Solutions LLC: The custodian of records can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

4. Nathan Bachert: Nathan Bachert was previously employed by defendants Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, as a sales manager. Mr. Bachert can be reached at 4422 Cannington Drive San Diego, CA 92117.

5. Kenan Azzeh: Kenan Azzeh previously provided Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, marketing services and resides at 7131 Sitio Caliente, Carlsbad, CA 92009, 760-519-9385.

6. Pamela Adams: Pamela Adams was previously employed by defendants Atlas Investment Ventures LLC, Atlas Marketing Partners, Inc., and Tek Ventures, LLC, as an office manager. Ms. Adams can be contacted at 3178 Rio Madre Lane, Jamul, CA 91935-3229.

7. Carl Barnes, Jr.: Carl Barnes, Jr. is an employee of Defendant Ace Business Solutions LLC with knowledge of Ace's records of, and calculation of, payments to its affiliates, including Atlas. Mr. Barnes can be contacted through defense counsel Daniel Blynn at Steptoe LLP, 1330 Connecticut Ave. NW, Washington, DC 20036, 202-429-1307.

8. Any witnesses needed for impeachment or rebuttal.

9. Any witnesses needed to authenticate documents.

10. Any witnesses identified on other parties' witness lists.

***

Mr. DiRoberto reserves the right to supplement or revise this witness list. If any witness does not appear at trial, Mr. DiRoberto reserves the right to use his or her deposition testimony in lieu of live testimony as permitted by Federal Rule of Civil Procedure 32.

## II. DEPOSITION DESIGNATIONS

A list designating individuals' deposition testimony that Mr. DiRoberto anticipates he may offer at trial is attached as Exhibit A hereto. These designations also serve as counter-designations under Federal Rule of Civil Procedure 32(a)(6) to Plaintiff's designations (ECF No. 303-1). Mr. DiRoberto reserves the right to supplement or revise designated testimony.

Exhibit A also identifies portions of the sworn testimony of Eric Petersen (April 30, 2021) and Kenan Azzeh (June 11, 2021) given at investigational hearings conducted by the Federal Trade Commission in the investigation that preceded this action, excerpts of which Plaintiff relied upon at summary judgment (ECF No. 213, Exs. 10, 26). Mr. DiRoberto designates these portions for completeness under Federal Rule of Evidence 106 should any party offer any part of that testimony, for impeachment or rehabilitation, and as otherwise permitted by the Federal Rules of Evidence, including Rule 804(b)(1) should a witness be unavailable.

## III. EXHIBITS

A list of all exhibits Mr. DiRoberto presently expects to offer or may offer at trial is attached as Exhibit B hereto. Mr. DiRoberto reserves the right to use any exhibits offered by any other party. Mr. DiRoberto further reserves the right to supplement or revise his exhibit list.

DATED: November 6, 2026

Respectfully submitted,

[signature]

TODD DIROBERTO
Defendant, *Pro Se*
1199 Pacific Highway #2204
San Diego, CA 92101
Telephone: (858) 754-7233
E-mail: todddiroberto1@gmail.com

**Certificate of Service**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that on November 6, 2026, I caused the foregoing Defendant Todd DiRoberto's Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), including Exhibits A and B, to be served by e-mail on the following, pursuant to each recipient's written consent under Fed. R. Civ. P. 5(b)(2)(E), at the e-mail addresses listed below:

- Daniel J. Petrokas, Paulina A. Stamatelos, Tara C. Tiantian, and Marcus P. Smith, U.S. Department of Justice, Civil Division, Enforcement & Affirmative Litigation Branch, 450 5th Street NW, Suite 6400-South, Washington, DC 20530 (Daniel.J.Petrokas@usdoj.gov; Pauline.A.Stamatelos@usdoj.gov; Tara.C.Tiantian@usdoj.gov; Marcus.P.Smith@usdoj.gov), Attorneys for Plaintiff United States of America;
- Daniel S. Blynn, Eric S. Berman, Elyse Echtman, and Derek Foran, Steptoe LLP, 1330 Connecticut Avenue NW, Washington, DC 20036 (dblynn@steptoe.com; eberman@steptoe.com; eechtman@steptoe.com; dforan@steptoe.com); and Michael L. Branch, Schneider & Branch, 225 Broadway, Suite 400, San Diego, CA 92101 (mlb@schneiderbranchlaw.com), Attorneys for Defendants Ace Business Solutions LLC and Sandra Barnes; and
- Eric Petersen, P.O. Box 274, Rancho Santa Fe, CA 92067 (eric@atlasmp.com), Defendant, *pro se*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signature]

TODD DIROBERTO