# EXHIBIT A

| **Eric Petersen**<br>**May 6, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 66:17-24 |
| | 71:13-72:6 |
| | 79:25-80:3 |
| | 82:22-84:4 |
| | 86:18-87:7 |
| | 95:18-98:15 |
| | 110:5-111:5 |
| | 111:20-113:5 |
| | 114:4-23 |
| | 119:2-8 |
| | 132:5-19 |
| | 178:21-180:25 |
| | 199:18-25 |
| | 200:11-201:14 |
| | 203:14-204:1 |
| | 223:8-19 |
| | 232:13-24 |
| | 240:24-241:21 |
| | 256:6-258:11 |
| | 267:2-9 |
| | 273:11-19 |
| | 273:21-274:4 |
| | 281:7-11 |

| Eric Petersen (Rule 30(b)(6))<br>May 7, 2025 | Designation by Page: Line(s) |
|---|---|
| | 32:10-14 |
| | 38:3-40:8 |
| | 41:19-42:3 |
| | 44:18-46:5 |
| | 50:13-17 |
| | 52:24-53:9 |
| | 76:21-77:12 |
| | 86:12-87:3 |
| | 101:25-102:8 |
| | 102:10-25 |
| | 114:3-17 |
| | 117:16-120:7 |
| | 121:9-22 |
| | 122:25-124:19 |
| | 125:21-126:10 |
| | 126:14-127:3 |
| | 128:6-22 |
| | 160:2-14 |
| | 163:8-16 |
| | 173:12-174:3 |
| | 194:25-195:3 |
| | 210:10-20 |
| | 213:12-214:1 |
| | 241:5-242:4 |
| | 248:13-249:5 |
| | 252:5-20 |
| | 267:15-268:13 |
| | 268:15-269:4 |
| | 283:19-284:6 |
| | 289:11-291:10 |

| **Pamela Adams**<br>**April 12, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 51:12-18 |
| | 52:1-6 |
| | 168:21-169:1 |

| **Nathan Bachert**<br>**May 8, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 58:10-22 |
| | 63:20-24 |
| | 67:21-68:20 |
| | 70:19-71:16 |
| | 87:3-14 |
| | 174:1-7 |
| | 175:7-11 |
| | 177:6-25 |
| | 179:2-5 |
| | 180:12-17 |
| | 181:22-182:16 |
| | 210:1-211:7 |
| | 435:17-436:1 |

| **Sandra Barnes**<br>**March 21, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 68:12-14 |
| | 75:3-15 |
| | 77:19-21 |
| | 131:10-132:13 |
| | 156:2-13 |
| | 167:17-168:16 |
| | 171:9-19 |
| | 172:2-173:12 |
| | 258:1-15 |

| **Amanda Barnes**<br>**March 25, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 101:19-102:17 |
| | 105:7-106:5 |
| | 117:2-5 |
| | 122:5-24 |

| Todd DiRoberto<br>May 9, 2025 | Designation by Page: Line(s) |
| --- | --- |
| | 184:5-19 |
| | 184:24-185:1 |
| | 185:20-190:22 |
| | 205:1-20 |
| | 206:14-207:4 |
| | 217:17-23 |
| | 252:19-23 |
| | 253:18-254:1 |
| | 260:8-261:1 |
| | 265:5-11 |
| | 272:5-23 |

| **Ace Business Solutions, LLC (Rule 30(b)(6)) – Sandra L. Barnes March 20, 2025** | **Designation by Page: Line(s)** |
|---|---|
| | 25:22-26:14 |
| | 58:18-60:8 |
| | 63:7-65:2 |
| | 66:5-67:5 |
| | 68:7-16 |
| | 72:6-74:11 |
| | 81:17-83:4 |
| | 98:1-99:11 |
| | 128:20-129:8 |
| | 131:12-133:18 |
| | 135:6-136:12 |
| | 139:9-141:4 |
| | 145:20-146:10 |
| | 148:8-151:7 |
| | 154:21-157:7 |
| | 160:3-162:1 |
| | 163:18-166:4 |
| | 175:14-176:20 |
| | 178:2-17 |
| | 182:17-184:14 |
| | 187:11-12 |
| | 195:10-197:1 |
| | 198:2-8 |
| | 201:6-13 |
| | 202:8-204:17 |
| | 213:22-214:8 |
| | 218:18-221:8 |
| | 224:4-232:11 |
| | 236:21-239:18 |

| **Eric Petersen (FTC Investigational Hearing) April 30, 2021** | **Designation by Page: Line(s)** |
|---|---|
| | 45:5-9 |
| | 47:13-19 |
| | 61:2-8 |
| | 62:2-18 |
| | 65:13-16 |
| | 67:15-22 |
| | 69:6-70:9 |
| | 70:21-71:13 |
| | 72:3-16 |
| | 73:4-74:22 |
| | 96:11-12 |
| | 100:4-18 |
| | 101:21-102:21 |
| | 105:4-18 |
| | 117:8-118:5 |
| | 118:17-119:17 |
| | 122:9-23 |
| | 127:4-5 |
| | 161:23-162:22 |

| Kenan Azzeh (FTC Investigational Hearing) June 11, 2021 | Designation by Page: Line(s) |
|---|---|
| | 43:6-44:8 |
| | 51:11-19 |
| | 61:19-23 |
| | 66:2-12 |
| | 68:7-23 |
| | 70:5-71:17 |
| | 73:2-25 |
| | 77:4-18 |
| | 94:4-7 |
| | 97:22-98:2 |
| | 138:16-20 |
| | 149:7-12 |
| | 150:13-23 |
| | 153:4-13 |
| | 162:6-21 |
| | 170:1-16 |

# EXHIBIT B

| Documents or other Exhibits Defendant Todd DiRoberto Expects to Offer | |
|---|---|
| **Exhibit** | **Description** |
| 1001 | ACE & BARNES-0159399 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 97; Plaintiff's trial Exhibit 85) |
| 1002 | ACE & BARNES-0002224 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 98; Plaintiff's trial Exhibit 86) |
| 1003 | ACE & BARNES-0159400 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 99; Plaintiff's trial Exhibit 87) |
| 1004 | ATLAS017352 (native Excel spreadsheet; lodged with ECF No. 213 as Exhibit 72; Plaintiff's May Offer Exhibit 60) |
| 1005 | ATLAS052981, ATLAS052983, and ATLAS052985 (documents dated July 8, 2024, filed under seal as Exhibits 5, 6, and 7 to ECF No. 213; Plaintiff's May Offer Exhibits 4, 5, and 6) |
| 1006 | Bank statements, financial statements, and tax returns of the Atlas Defendants produced in discovery by the Atlas Defendants |
| 1007 | ATLAS 011031 |
| 1008 | ATLAS 054416 |
| 1009 | ATLAS 019121 |
| 1010 | Records of consumer refunds and cancellations produced in discovery by any party |
| 1011 | USA_00007371 through USA_00007473 (Plaintiff's Production Volume 10) |
| 1012 | Transcript of the April 30, 2021 FTC investigational hearing testimony of Eric Petersen (excerpts filed as Exhibit 10 to ECF No. 213) |
| 1013 | Transcript of the June 11, 2021 FTC investigational hearing testimony of Kenan Azzeh (excerpts filed as Exhibit 26 to ECF No. 213) |
| 1014 | ACE & BARNES-0159398 (September 27, 2022 email from Carl Barnes, Jr. to Sandra Barnes, with attached spreadsheets of payments to affiliates; Plaintiff's Exhibit 158) |
| 1015 | ACE & BARNES-0159433 (email chain between Carl Barnes, Jr. and Christi Kincade regarding affiliate payouts, including payment to Atlas; Plaintiff's Exhibit 338) |
| 1016 | ACE & BARNES-0000128 through ACE & BARNES-0000141 (Services Agreement among Ace Business Solutions, LLC, Provider, and Consumer Legal Services America, Inc., drafted by Ira Frazer, unexecuted; Ace Defendants' Exhibit 27; Plaintiff's Exhibit 11) |
| 1017 | ACE & BARNES-0000001 through ACE & BARNES-0000016 (Provident Document Preparation and Arbitration Support Agreement; Ace Defendants' Exhibit 28; Plaintiff's Exhibit 12) |
| 1018 | Provident daily payment slip sheets, June 2018 through April 2021, including native files produced by the Ace Defendants (Ace Defendants' Exhibit 33, beginning ACE & BARNES-0159587) |

| Documents or other Exhibits Defendant Todd DiRoberto May Offer | |
|---|---|
| **Exhibit** | **Description** |
| 1019 | Defendant Todd DiRoberto's personal financial statement and supporting documents reflecting his present financial condition (to be produced to Plaintiff before trial; to be offered under seal) |
| 1020 | Summaries of voluminous records under Federal Rule of Evidence 1006 (to be provided to the parties in advance of trial) |